**MAYALL, HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091
DERICK E. KONZ, ESQ.
CA State Bar No. 286902

Attorneys for Defendant,
Deputy Sheriff JOHN NESBITT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DIONNE SMITH-DOWNS and JAMES E. RIVERA, SR., both individually and as Successors-In-Interest to the Estate of JAMES E. RIVERA, JR.**<br><br>            **Plaintiffs,**<br><br>vs.<br><br>**Police Officer ERIC AZARVAND; Police Officer GREGORY DUNN; Deputy Sheriff JOHN NESBITT**<br><br>            **Defendants.** | No. 2:10-CV-02495-MCE-CKD<br><br>STIPULATION FOR PROTECTIVE ORDER AND PROPOSED ORDER |

IT IS HEREBY AGREED AND STIPULATED BETWEEN THE PLAINTIFFS, and DEFENDANTS ERIC AZARVAND, GREGORY DUNN and JOHN NESBITT, that all documents produced in this case pursuant to Fed. Rules Civ. Proc., rules 26, 30, 34 & 45 shall be governed by this protective order.

The documents shall be used by the parties solely for the purpose of prosecuting and defending the above captioned case. The documents shall not be duplicated, reproduced, transmitted, or communicated to any person for any reason other than counsel; clients; experts retained for the purpose of furthering the defense of or prosecution of the plaintiff's case;

deposition and trial witnesses; mediator or third party neutral; or the court.  The copying of produced documents is to be conducted in-house and shall not be done by outside third party vendors.

All copies of protected documents distributed by counsel to any party for purpose of prosecuting or defending the litigation shall be returned to counsel at the conclusion of the litigation and counsel shall store and ultimately destroy the documents consistent with individual firm policy.

This Order shall constitute a protective order pursuant to Fed. Rules Civ. Proc., rule 26(c) and shall be enforceable as set forth therein.

STIPULATED AND AGREED.

**MAYALL HURLEY, P.C.**

DATED: March 1, 2016

*/s/ Mark E. Berry*
_____
MARK E. BERRY, ESQ.
Attorney for Defendant, JOHN NESBITT


**ANGELO, KILDAY & KILDUFF, LLP**

DATED: March 1, 2016

/*s/ Amie McTavish* (as authorized on 2/22/16)
_____
AMIE MCTAVISH, ESQ.
Attorney for Defendants, ERIC AZARVAND and GREGORY DUNN


**LAW OFFICES OF JOHN L. BURRIS**

DATED: March 1, 2016

/*s/ Benjamin Nisenbaum* (as authorized on 2/29/16)
_____
BENJAMIN NISENBAUM, ESQ.
Attorney for Plaintiffs, DIONNE SMITH-DOWNS and JAMES E. RIVERA, SR., both individually and as Successors-In-Interest to the Estate of JAMES E. RIVERA, JR.,

_____
**STIPULATION FOR PROTECTIVE ORDER AND PROPOSED ORDER**
**Page 2**

# **ORDER**

Having considered the stipulation of the parties and good cause appearing, the court hereby GRANTS the parties' foregoing stipulation for a protective order over all documents produced in this case.

IT IS SO ORDERED.

Dated:  March 3, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

**STIPULATION FOR PROTECTIVE ORDER AND PROPOSED ORDER**
Page 3