**MAYALL, HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091
DERICK E. KONZ, ESQ.
CA State Bar No. 286902

Attorneys for Defendant,
Deputy Sheriff JOHN NESBITT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONNE SMITH-DOWNS and JAMES E. RIVERA, SR., both individually and as Successors-In-Interest to the Estate of JAMES E. RIVERA, Jr.,<br><br>Plaintiffs,<br><br>vs.<br><br>Police Officer ERIC AZARVAND; Police Officer GREGORY DUNN; Deputy Sheriff JOHN NESBITT,<br><br>Defendants. | No.  2:10-CV-02495-MCE-CKD<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO TAKE THE DEPOSITION OF PLAINTIFF JAMES E. RIVERA, SR., AN INMATE AT CALIFORNIA STATE PRISON, SOLANO |

ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREBY STIPULATE TO THE FOLLOWING:

1. All parties agree that plaintiff JAMES E. RIVERA, SR.'s deposition in this matter will be held at the California State Prison, Solano on **August 23, 2016 at 9:00 a.m.**  This date and time has been approved by California State Prison, Solano Litigation Coordinator Monica Romero.  This stipulation serves as adequate notice to all parties.

_____
Stipulation And Proposed Order To Take The Deposition Of Plaintiff James E. Rivera, Sr., An Inmate At California State Prison, Solano
Page 1

2. In the event that JAMES E. RIVERA, SR. is not made available by the California State Prison, Solano for the full seven (7) hours allowed by Fed. Rules Civ. Proc., rule 30(d), all parties agree to continue the deposition on a subsequent date that is consented to by the prison and all parties.

DATE: August 3, 2016                **MAYALL HURLEY, P.C.**

                                    */s/ Mark E. Berry*
                                    By_____
                                        MARK E. BERRY, ESQ.
                                        Attorney for JOHN NESBITT


DATE: August 3, 201                 **ANGELO, KILDAY & KILDUFF, LLP**

                                    */s/ Sean O'Dowd*
                                    By_____
                                        SEAN O'DOWD, ESQ.
                                        Attorney for ERIC AZARVAND and GREGORY DUNN


DATE: August 3, 2016                **LAW OFFICES OF JOHN L. BURRIS**

                                    */s/ Benjamin Nisenbaum*
                                    By_____
                                        BENJAMIN NISENBAUM, ESQ.
                                        Attorney for DIONNE SMITH-DOWNS and
                                        JAMES E. RIVERA, SR.

---

Stipulation And Proposed Order To Take The Deposition Of Plaintiff James E. Rivera, Sr., An Inmate At California State Prison, Solano
Page 2

**ORDER**

This Court, HEREBY ORDERS:

JOHN NESBITT has this Court's Leave to take the deposition of inmate JAMES E. RIVERA, SR. at the California State Prison, Solano on August 23, 2016 at 9:00 a.m.

California State Prison, Solano shall produce and make available JAMES E. RIVERA, SR. for deposition on August 23, 2016 at 9:00 a.m.

In the event that JAMES E. RIVERA, SR. is not made available by the California State Prison, Solano for the full seven (7) hours allowed by Fed. Rules Civ. Proc., rule 30(d), California State Prison, Solano shall produce and make available JAMES E. RIVERA, SR. on a subsequent date that will minimize disruptions to the orderly operations of the facility.

JOHN NESBITT shall coordinate the deposition with the California State Prison, Solano so that the taking of JAMES E. RIVERA, SR.'s deposition shall be set for a time and place that will minimize disruptions to the orderly operations of the facility.

IT IS SO ORDERED.

Dated: August 5, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE