BRUCE A. KILDAY, ESQ., SBN 066415
  Email: bkilday@akk-law.com
AMIE McTAVISH, ESQ., SBN 242372
  Email: amctavish@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

JOHN M. LUEBBERKE, ESQ., SBN 164893
  Email: john.luebberke@ci.stockton.ca.us
425 N. El Dorado Street, 2nd Floor
Stockton, CA  95202
Telephone: (209) 937-8333
Telecopier: (209) 937-8898

Attorneys for Defendants OFFICER ERIC AZARVAND and OFFICER GREGORY DUNN

**MAYALL, HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California  95207-8253
Telephone (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091
DERICK E. KONZ, ESQ.
CA State Bar No. 286902

Attorneys for Defendant, Deputy Sheriff JOHN NESBITT

LAW OFFICES OF JOHN BURRIS
JOHN L. BURRIS, ESQ (SBN 69888)
BEN NISENBAUM, ESQ (SBN 222173)
7677 Oakport St., Suite 1120
Oakland, CA 94621
Phone: (510) 8395200
Fax: (510) 8393882

Attorneys for Plaintiff DIONNE SMITH-DOWNS

1

JOINT REQUEST TO ENLARGE TIME; ORDER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONNE SMITH-DOWNS, et al., ) | Case No.: 2:10-CV-02495  MCE-CKD |
| ) | |
| Plaintiff, ) | **JOINT REQUEST TO ENLARGE TIME;** |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| CITY OF STOCKTON, et al., ) | |
| ) | |
| Defendants. ) | |

WHEREAS discovery in this matter has been extensive;

WHEREAS in spite of counsels best efforts and diligence, depositions of key witnesses were delayed;

WHEREAS these depositions are necessary for retained experts to review in order to adequately prepare their reports;

IT IS HEREBY jointly requested by plaintiff DIONNE SMITH-DOWNS and Defendants Officer ERIC AZARVAND, Officer GREGORY DUNN and Deputy JOHN NESBITT, by and through their undersigned counsel as follows:

1.   Modify time for expert disclosures to be filed from December 16, 2016 to February 8, 2017;

///

2. Modify time for any dispositive motions to be heard to from April 13, 2017 to May 18, 2017.

3. All other dates to remain the same.

Dated: December 16, 2016                ANGELO, KILDAY & KILDUFF, LLP

                                        */s/ Amie McTavish*
                                        By:_____
                                          AMIE MCTAVISH
                                          Attorneys for Defendants OFFICER ERIC
                                          AZARVAND and OFFICER GREGORY
                                          DUNN

Dated: December 16, 2016                MAYALL HURLEY, PC

                                        */s/ Derick Konz*
                                        *(as authorized on 11/29/16)*
                                        By:_____
                                          MARK BERRY
                                          DERICK KONZ
                                          Attorneys for Defendant DEPUTY SHERIFF
                                          JOHN NESBITT

Dated: December 16, 2016                LAW OFFICES OF JOHN BURRIS

                                        */s/ Ben Nisenbaum*
                                        *(As authorized on 11/29/16)*
                                        By:_____
                                          JOHN L. BURRIS
                                          BEN NISENBAUM
                                          Attorneys for Plaintiff DIONNE SMITH-
                                          DOWNS

## ORDER

IT IS HEREBY ORDERED that the enlargement of time for discovery and the hearing of dispositive motions as reflected heretofore is granted.

IT IS SO ORDERED.

Dated: December 16, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE