1  LAW OFFICES OF JOHN BURRIS
   JOHN L. BURRIS, ESQ (SBN 69888)
2  STEVEN R. YOURKE (SBN 118506)
   7677 Oakport St., Suite 1120
3  Oakland, CA  94621
   Phone: (510) 839-5200
4  Fax: (510) 839-3882

5  Attorneys for Plaintiff
   DIONNE SMITH-DOWNS
6
                   UNITED STATES DISTRICT COURT
7
                   EASTERN DISTRICT OF CALIFORNIA
8

9  DIONNE SMITH-DOWNS and JAMES          CASE NO.: 2:10-cv-02495 MCE-GGH
   E. RIVERA, SR., both individually, and
10 as Successors-In-Interest to the Estate of   **PLAINTIFFS' REBUTTAL EXPERT**
   JAMES E. RIVERA, Jr.,                 **WITNESS DESIGNATIONS (FRCP 26)**
11
              Plaintiffs,
12
       vs.
13
   CITY OF STOCKTON, a municipal
14 corporation; Police Officer ERIC
   AZARVAND; Police Officer GREGORY
15 DUNN; Deputy Sheriff JOHN NESBITT;
   Chief of Police BLAIR ULRING; Sheriff
16 STEVE MOORE and Does 1 though 20,

17            Defendants.

18

19         Plaintiffs hereby disclose the following rebuttal expert witnesses

20 they intend to call as witnesses at trial and the subjects about which they will

21 testify.  Plaintiffs reserve the right to call any of defendants' expert witnesses

22 who are not identified herein as rebuttal witnesses:

23     1.  Police Practice Expert:

24
       Roger Clark
25     Police Procedures Consultant, Inc.
       10207 Molino Road
26     Santee, CA 92071
       Telephone: (208) 351-2458     Facsimile: (619) 258-0045
27
                                                                    1
28

**PLAINTIFFS' REBUTTAL EXPERT WITNESS DESIGNATIONS (FRCP 26)**

Mr. Clark will provide expert testimony regarding police practices regarding investigation, detention, arrest, discrimination, use of force and deadly force, making vehicle stops by forcible intervention, and the wrongful use of deadly force in this case, the duty of peace officers to render emergency aid,  including any and all Stockton Police Department policies, rules, regulations, and/or training bulletins regarding any of the previous noted subjects, which are relevant to plaintiffs' claims, and as otherwise set forth in his accompanying Rule 26 report, in rebuttal to Defendants disclosed expert witnesses.

Respectfully submitted,

**LAW OFFICES OF JOHN L. BURRIS**

Dated: February 27, 2017          /s/ Benjamin Nisenbaum
Benjamin Nisenbaum, Esq.
Attorney for Plaintiffs

**PLAINTIFFS' REBUTTAL EXPERT WITNESS DESIGNATIONS (FRCP 26)**

# Roger Clark

## Police Procedures Consultant, Inc.

10207 Molino Road. Santee, CA 92071
Phone: (208) 351-2458, Fax: (619) 258-0045
rclark9314@aol.com

February 27, 2017

Mr. Ben Nisenbaum, Esq.
Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621

**Regarding:**   ***Dionne Smith-Downs, et al v. City of Stockton, et al.  Case No. 2:10-cv-02495 MCE-GGH.***

Dear Mr. Nisenbaum:

Thank you for retaining me to provide a rebuttal report regarding the July 22, 2010 fatal shooting of James Rivera (juvenile age 17) by Stockton Police (SPD) Officers Dunn, Azervand and Nesbitt.  Pursuant to the requirements of Rule 26, I have reviewed the Expert Reports of Mr. Ronald Keith "R.K." Miller and Mr. Craig T. Fries.  This includes all of the reports, depositions, photographs, etc. as listed in their respective reports.  I have however, added a listing of the germane POST Learning Domains.  I understand that this is a rebuttal report in response to their Rule 26 Reports.  While I do not anticipate any further information will be provided, please be advised that if any additional data develops, it may be necessary to write a supplemental rebuttal report in order refine and or express any additional opinions.

It is also necessary to state at the beginning of this report that I do not make credibility determinations in expressing my opinions.  That is, where there are differences in the events proffered by the Defendant Officers and others versus those proffered by the Plaintiffs and witnesses, I do not opine for the trier of fact regarding who are the more believable witnesses.  The resolutions of any such conflicts are within the purview of a jury to decide.

## Additional Material Reviewed:

1.    As noted above I was provided and reviewed all of the materials
      listed by Mr. Ronald Keith "R.K." Miller and Mr. Craig T. Fries in
      their respective reports.  It is also necessary to list the applicable
      POST Learning Domains:

      a.    #1:  "Leadership, Professionalism & Ethics."
      b.    #2:  "Criminal Justice System."
      c.    #3:  "Policing in the Community."
      d.    #5:  "Introduction to Criminal Law."
      e.    #11: "Juvenile Law and Procedure."
      f.    #15: "Laws of Arrest."
      g.    #18: "Investigative Report Writing."
      h.    #20: "Use of Force."
      i.    #21: "Patrol Techniques."
      j.    #22: "Vehicle Pullovers."
      k    .#23: "Crimes in Progress."
      l.    #33: "Arrest Methods/Defensive Tactics."
      m.    #35: "Firearms/Chemical Agents."

2.    Overview of the incident scene via the internet.


## Summary of Events as stated by Mr. Miller and Mr. Fries:

Mr. Ronald Keith "R.K." Miller provided the following overview as the basis of his
opinions:

    "Summary of Events:

    "As of the morning of July 22, 2010, Mr. James Rivera had already
    established himself as a wanted felon, even though he was still only 17
    years of age.  Prior to that date, on May 10th, 2010, he had escaped from
    custody at the San Joaquin County Juvenile Justice Center located in the
    city of French Camp, CA.  At that time, he was incarcerated for burglary,
    grand theft and terrorist threats.  A warrant for his arrest due to the escape
    was subsequently issued.

"In reviewing the Juvenile Court documents generated prior to Mr. Rivera's escape, I noted the following pertinent entries:

- **December 16, 2008:**  Mr. Rivera was found in violation of 459 P.C. (First Degree Burglary) and 496 P. C. (Receiving Stolen Property)
- **April 8, 2009:**  Mr. Rivera was suspended from school for "threats against another student"
- **May 8, 2009:**  Mr. Rivera was found on another school' grounds. This appears to have been in violation of one of the conditions of his probation in that he was "ot to be on any school grounds unless enrolled or had prior administrative approval."During the latter event, he verbally assaulted a school custodian who had challenged his presence on the school grounds calling the latter a "punk faggot."
- **July 2009:**  Violation of Probation report documenting numerous EMP (Electronic Monitoring Program) violations in respects to previous Court orders that Mr. Rivera obey the terms and conditions of the program and be in his legal residence from 8:00 PM to 6:00 AM
- **September 23, 2009:**  Mr. Rivera was charged with violation of 211 P.C. (Robbery) and 182 (a)(1) P. C. (Conspiracy).  The documents also reflect that the charges were apparently reduced to 487 (c) P.C. (Grand Theft).
- **November 2, 2009:**  The Court ordered Mr. Rivera to
  - ‣ Obey all laws participate in the EMP (Electronic

  Monitoring Program)
  - ‣ Not to own or possess any dangerous and/or deadly weapons or firearms
  - ‣ Not drive a motor vehicle unless he/she is properly licensed and insured.
- **February 12, 2010:**  Mr. Rivera was arrested for 496 (a) PC (Receiving Stolen Property.)
- **March 5, 2010:**  Mr. Rivera violated his probation by leaving his guardian' home without permission for at least 5 days.  The guardian stated that Mr. Rivera "continues to do whatever he wants."

- **April 12, 2010:** Court documents recount that ".U.S.D. police officers (presumably Stockton Unified School District) had questioned Mr. Rivera regarding a report from a citizen that Rivera had been seen in possession of a shotgun and a handgun. He had also tampered with his Electronic Monitoring Program (EMP) ankle device and was taken into custody for the latter.
- **April 20, 2010:** Court documents record that Mr. Rivera "had a disobedience to Hall staff during an emergency situation."

"After his escape, Mr. Rivera next came to the attention of law enforcement in Stockton, CA. On June 3, 2010, he was named by his uncle, Edward Smith as the suspect in a burglary of the Smith residence. At the time of the report, Edward Smith's wife Nancy told officers she believed that James Rivera possessed a gun and was going to "smoke" (a colloquialism for killing) her. Stockton PD report #10-22701 & 10-22993.

"On June 12, 2010, James Rivera was named as a suspect in a residential burglary. Stockton P.D. report # 10-24196

"On July 20th, 2010, James Rivera was implicated but not identified as being involved in a robbery where the victim was threatened with a knife as well as told by the suspects that they had a firearm. Stockton P. D. Report # 10-29323

"On July 20th, 2010, a short time after the above incident of the same day, James Rivera was named as a suspect in a disturbance report. At that time he was driving a car that was very similar in description to the suspect vehicle in the previous crime of that date. In a supplemental police report on July 21st, 2010, Witness Shanee Lambert stated that Mr. Rivera's criminal actions and reckless driving through her residential area had infuriated the neighborhood. She also stated that "if the police don't catch him soon, some citizen from the neighborhood is probably going to kill James (Rivera) as a result of his actions."

"The investigating officer learned that Mr. Rivera was now driving a light blue minivan. Further investigation revealed that a similar vehicle had been carjacked the morning of July 21st. (See below) In the same report,

Witness Ivan Utsey added that he had previously seen Mr. Rivera driving a possibly stolen Suburban waving a handgun at him.  Stockton P. D. Report # 10-29324.

"On July 21st, 2010, at 0340 hours, a blue 1995 Chevrolet Astro van was stolen from three victims by four armed male/black suspects.  One of the latter was armed with a shotgun while two others used a rifle and a handgun.  During this "carjacking" robbery, one of the suspects pressed a firearm against a victim's head.  At least one victim was also physically assaulted. In addition to the vehicle, cash and personal property was taken at gunpoint from the victims.  At some point it was determined that the stolen vehicle was distinctive in that it had a large decal of the Virgin Mary on the back window.  Mr. Rivera was subsequently identified as a suspect in this crime. Stockton P.D.Report # 10-29476

"Again on July 21st, 2010 at 4:24 AM, four male/black suspects robbed a citizen at gunpoint with a shotgun.  In addition, the victim was punched in the face a number of times.  Stockton P. D. Report # 10-29478

"In addition to James Rivera's relationship to the above ongoing criminal activity, it should be noted that Officer Azarvand recounted an earlier incident involving Mr. Rivera. In a post-shooting interview, the officer explained that several days prior, he had encountered three black males who were attempting to burglarize a vehicle in the area of Comstock Drive and Cody Way.  The suspects attempted to flee in a golf cart.  The driver then rammed the cart head-on into his police unit.  The suspects subsequently escaped on foot. Officer Azervand was later shown a photo of Mr. Rivera taken some time prior to this incident.  Azervand stated he believed that this was the driver of the stolen golf cart. Stockton P.D. Report #10-29672 Supplement No 0027.

"By the morning of July 22, 2010, Stockton P. D. officers and members of the Delta RATT team had all been briefed in one manner or another regarding Mr. Rivera's armed participation in the previous day's carjacking. In addition, to one degree or another they may have been aware of James Rivera's escape from custody at San Joaquin County Juvenile Hall, the warrant issued on the heels of that escape and the subsequent criminal behavior where he had been identified as a suspect.  It was reasonable for these officers to consider the possibility that Mr. Rivera might be involved

in the above criminal acts even though he had not yet been identified as a participant.

"On July 22nd at 1016 hours, information was received that the stolen Astro van was in the area of 8800 Kelly Drive in the City of Stockton. The reporting party stated that the van had been used in a residential burglary the previous day. The party further related that he believed the Astro van was stolen and that James Rivera was responsible for that carjacking robbery.

"Both marked Stockton PD patrol units and unmarked Delta RATT units including Det. John Nesbitt (San Joaquin Co. Sheriff's Dept.) converged on the area. Shortly thereafter at 1034 hours, Dept. Nesbitt located the van at Comstock Drive and Cody Way. It was being driven by James Rivera. It should be noted that this was the same geographic location where Officer Azavand encountered Mr. Rivera attempting a vehicle burglary a few day prior. In addition, photographs from the scene show that the stolen vehicle had been "cold plated" with a "Tow Yard Bargain" (auto dealership) paper plate. This is a criminal tactic to deter identification of the van's status by replacing the original California license plate with the generic paper plate.

"A vehicular pursuit of the Astro van driven by James Rivera now took place. While there were various unmarked police units such as Det. Nesbitt's in the area, the pursuit itself was conducted by marked Stockton P. D. patrol units. Mr. Rivera did not stop as required by the California vehicle code. During his efforts to escape he committed a series of vehicle code violations recklessly driving through residential areas at speeds of up to an estimated 60 mph. An attempt to stop him through the use of "spike strips" was ineffective when he drove around them.

"At one point while traveling through the residential areas, Mr. Rivera lost control of the Astro van. The vehicle plowed through a fence knocking it down as well as a "STOP" sign. This was followed by Mr. Rivera leaving the road and driving across the front lawn of a residence. Mr. Rivera's driving violations collectively presented a very real threat to the citizens of this area as well as the officers involved. Due to these facts, at least one attempt at lawful intervention through the authorized use of the "PIT" (pursuit intervention technique) maneuver failed to stop Mr. Rivera's escape. This was authorized by Sgt. Reynosa who was supervising the pursuit.

"Officer Greg Dunn then initiated a second PIT maneuver against the Astro van which eventually met with success in stopping Mr. Rivera.  However, it set in motion a chain reaction that resulted in the van first striking a parked car, then a large community mail box and finally slamming through the side wall of the garage of the residence at 9559 Bancroft Way, Stockton, CA. The majority of the Astro van came to rest inside the garage with only the rear of the vehicle outside.  Simultaneously, due to the impact from the Astro van, the parked carwas sent spinning around in the same area. It came to rest on the grass outside the 9559 Bancroft address a short distance from the van with its rear bumper pointed in that direction.

"At this point, Mr. Rivera was still in control of the Astro van.  He began driving the vehicle back and forth trying to break it free from being lodged in the garage.  He succeeded in moving the van backwards to the degree that its rear bumper came into contact with the front bumper of Officer Dunn's marked police unit.  The force behind this effort pushed Officer Dunn's unit rearwards.  Dunn - who had taken up a position at the driver's door - became concerned for his safety as the Astro van continued its rearward movement which also forced Dunn's unit further to the rear. Dunn was on the verge of being caught between his police unit and the parked vehicle.  It had come to rest immediately adjacent to his unit creating an area that was compressing in on Officer Dunn as his vehicle was pushed backwards by Mr. Rivera.  Dunn feared that he was about to be crushed and killed between the two vehicles.  He was also alert to the fact that Mr. Rivera was a suspect in the armed carjacking of the van.  As this developed a number of police officers in addition to Officer Dunn had arrived on scene.  Multiple officers were yelling commands to Mr. Rivera, including Dunn, Officer Azerv and and Det. Nesbitt.  The latter two officers were close to Officer Dunn's position but not at his vehicle.  These verbalizations focused on identifying themselves as police officers as well as commanding Mr. Rivera to stop his actions with the vehicle as well as to comply with orders such as "show us your hands" and "get out".

"Mr. Rivera did not comply.  Instead he continued in his efforts to escape by trying to free the Astro van from the interior of the garage.  All three officers (Dunn, Azervand and Nesbitt) perceived the vehicle's continued rearward movement as a developing lethal threat.  When Mr. Rivera still did not comply with their commands, each of the three used lethal force to protect themselves and their fellow officers.

"The vehicle stopped its rearward movement and in response, the officers stopped their use of lethal force. With the threat apparently diminished, the officers present formed a plan to remove Mr. Rivera from the vehicle.  Due to the Astro van's position inside the garage, this could not be accomplished through the driver's or passenger side doors.  Instead another officer - Det. Nhem - crawled through a window into the vehicle.  He moved the gear shift lever from "reverse" to "park".  Nimh then dragged Mr. Rivera out of the driver's seat to a point where officers outside could assist in extracting Mr. Rivera from the vehicle.  Almost as soon as he was placed on the ground outside the Astro van, Paramedics from the Stockton Fire Department began emergency first aid.  Unfortunately, the extent of Mr. Rivera's wounds were fatal."  (The December 15, 2016 expert report of Mr. Ronald Keith "R.K." Miller. Pages 5 - 10)

Mr. Craig T. Fries (Precision Simulations, Inc.). provided the following overview as the basis of his opinions:

"In the morning of July 22, 2010, several officers from the Stockton PD and Deputies with the San Joaquin Sheriff's Office became engaged in a high speed pursuit of a stolen Blue Chevrolet Astro van stolen and driven by James Rivera within the city of Stockton.  According to information available to the officers, Mr. Rivera had stolen the van at gunpoint using a shotgun the previous night.  The pursuit began in the area of Cody Way and Colt Drive and continued for approximately 2 miles, terminating with the stolen vehicle crashing into a residence at 9559 Bancroft Way after a vehicle intervention by Officer Gregory Dunn.  Throughout the pursuit Stockton Police Officer Eric Azarvand transmitted updates regarding location and speed during the pursuit, noting speeds of up to 60 mph. According to Officer Azarvand's transmission, the post-event testimony of other officers involved in the pursuit and physical evidence along the pursuit route, the driver of the stolen vehicle drove erratically, ran stop signs, ran over a spike strip laid to impede his flight, nearly collided with officers standing on the sidewalk, drove on the sidewalk and lawn areas of adjacent houses, ran over cyclone fencing and nearly struck officer's patrol vehicles until his progress was stopped by the vehicle intervention of Officer Dunn.  After the stolen vehicle came to rest with the majority of the vehicle embedded in the exterior wall of the residence at 9559 Bancroft Way, Stockton PD Officer's Eric Azarvand and Gregory Dunn, San Joaquin Sheriff's Deputy John Nesbit and other personnel from both agencies exited their vehicles with firearms drawn, approached the stolen vehicle and

commanded the driver to stop the vehicle and show his hands.  Mr. Rivera did not comply with the commands given and attempted to drive the van back out of the hole in the exterior wall, striking Officer Dunn's patrol vehicle multiple times. Officer's Azarvand and Dunn were both positioned behind the van and stated they were in immediate danger from being struck by the van or crushed between the van and the patrol vehicles.  As the officers continued to give commands to stop the vehicle, Mr. Rivera continued to attempt to back the van out of the hole, and after striking the patrol vehicle adjacent to Officer Dunn again, Officers Dunn, Azarvand and Deputy Nesbitt discharged their firearms at the driver, firing a total of 29 times and striking the driver 9 times, fatally wounding him.  After the shooting, Officer Dunn backed his patrol vehicle away from the van to facilitate removing the driver and provide medical aid."  (The February 1, 2017 expert report of Mr. Craig T. Fries (Precision Simulations, Inc. Page 3.)


**Rebuttal Opinion:**

I am not critical of the fact that James Rivera was subject to apprehension and arrest because of the alleged crimes connected to him and others.  However, it appears uncontested in the record that when the pursuit of the van ended, it was wedged and stuck in the residence at the scene where the lethal shooting occurred.  The shooting officers claim that James was alternating from driving forward to putting the van into reverse and backing out from his stuck position.  The shooting officers have testified that they were trapped at the time and would have been crushed by the van with no opportunity to get out of the way.  Consequently, they fired at James to kill him and stop him from backing into their trapped position (Officer Dunn in particular).  The expert report by Mr. Fries addresses the physical evidence in this regard.

I have carefully reviewed Mr. Fries' work.  It documents the fact with extensive detail that the van was a rear wheel drive vehicle.  The van became stuck inside the residence with the rear tires of the van at rest on the lawn.  The area was slick with mud.  As the tires rotated clockwise, it powered the van forward and sprayed the rear areas (including the police vehicles, mailboxes, and other areas) with mud.  The mud splatter is an obvious velocity splatter indicating tires spinning to propel the van forward.

However, my review indicates that Mr. Fries *does not document any movement of the van once it became stuck as alleged by the Defendant Officers*.  (Emphasis added) There are

no apparent photographs or commentary by Mr. Fries to establish the physical occurrence that James was able to move the van into reverse (as alleged and testified).

Officers are trained that the use of lethal force is only justified in the direst of circumstances, only absent obvious reasonable alternatives and with reverence for human life.  The credible threat alleged by the Defendant Officers was that James had put the van into reverse and was backing out of the garage.  There is no apparent physical evidence that this ever occurred.

Additionally, officers are trained that as incidents evolve and change, they are required to reevaluate and make the necessary changes in their decisions to use lethal force:

> "Peace officers must use the force option appropriate for the situation as conditions may change rapidly.  Officers must continually reevaluate the subject's action and must be prepared to transition as needed to the appropriate force options."  (POST Learning Domain 20, page 2-7.)

In my opinion, once James became stuck in the residence, the officers were required by training and law (as taught by POST) to remain in cover, and have James surrender himself into their custody and not use lethal force.


**My Qualifications for Reviewing this Case:**

My opinions are based in part on my training, professional experience and education.  I am a twenty seven year veteran of the Los Angeles County Sheriff's Department (LASD).  I was hired on December 1, 1965, and I retired from active service on March 31, 1993.  My career included six years at the rank of Deputy Sheriff, six years as a Sergeant, and fifteen years as a Lieutenant.  I retired holding a California Peace Officer Standards and Training (POST) Advanced Certificate, and I am a graduate of the POST Command College (class #5).

During the course of my service with the department, I had a wide range of duties.  Those duties included an 18 month assignment as a staff jail deputy and two years as an Administrator/Lieutenant in the same jail facility (Men's Central Jail).  I also served on the department as a patrol officer, field supervisor, jail watch commander and administrator, station watch commander, and commanding officer of investigative units.  I was a field training officer while assigned as a patrol deputy, and I trained new officers in POST and department approved patrol procedures, field investigations, apprehension techniques, and emergency procedures.

I was a Station Detective and, as such, reviewed and assessed cases passed on to me by the patrol officers.  Those cases included possible complaints relating to both misdemeanor and felony crimes.  They frequently required follow up investigations and interviews before the exact nature of the case could be determined.  As a field officer and detective, I was trained in interview and interrogation methods and subsequently trained other officers.

Among other assignments as a Sergeant, I supervised field officers and station detectives as they took complaints and conducted preliminary investigations regarding criminal and administrative matters.

As a Sergeant and as a Lieutenant, I served on the training staff of the Los Angeles County Sheriff's Department's Patrol School which taught the POST accepted patrol tactics, and investigation and apprehension methods.

As a Watch Commander and as a Lieutenant, I responded to, investigated, and reported on the use of force and officer-involved shootings. I was also assigned by my Department to sit as a member of Departmental review committees regarding the reasonable or unreasonable use of force and tactics.

As stated above, during my career I was assigned to the Los Angeles County Men's Central Jail (MCJ) for a period of 18 months as a line officer.  Upon my subsequent promotion to Lieutenant, I returned to the same facility approximately 10 years later.  During that time, I was assigned as a Jail Watch Commander, and as the Facility Training and Logistics Administrator.  At the time of my assignment, the MCJ held a daily population in excess of 7,000 inmates, including a hospital, which was serviced by a staff of more than 900 sworn and civilian personnel.

During my assignment as the Administrative Lieutenant of the Department's Reserve Forces Bureau, I worked closely with the State of California Peace Officer Standards and Training in revamping our Reserve Academy to bring it into state compliance.  This process gave me an expertise in the POST Basic curriculum.  I also supervised the training of cadets at our Reserve Training Academy.  They were taught proper investigation, interview, and apprehension procedures.  Among other topics, I lectured the Reserve Academy on the POST syllabus: "The Legal and Moral Use of Force and Firearms."

During the 1984 Olympics held in Los Angeles, I was assigned and served as the Department's Intelligence Officer at the Los Angeles Olympics Emergency Operations Center.

During the last five and one half years of my career, I commanded a specialized unit known as the North Regional Surveillance and Apprehension Team (N.O.R.S.A.T.), which was created to investigate, locate, observe and arrest major (career) criminals.  I held this position until my retirement from the Department on March 31, 1993.

Criminals investigated and arrested by N.O.R.S.A.T. included suspects involved with homicide, robbery, kidnaping, extortion, burglary, major narcotics violations and police corruption.  The majority of our cases were homicide cases, including the murder of police officers.  Arrests frequently occurred in dynamic circumstances including crimes in progress.

My unit also conducted major narcotics investigations including undercover narcotics buys, buy busts, and reverse stings.  We frequently deployed at the request of investigative units, such as Narcotics, which provided the initial investigative leads for our operations.  These narcotics cases usually involved multiple kilogram quantities of drugs and amounts of money ranging from one hundred thousand to more than one million dollars.

Approximately 80% of cases assigned to N.O.R.S.A.T. were active Homicide investigations.  In that regard, the unit processed, under my command and supervision, various aspects (depending on the complexity of the cases involved) of approximately 1,000 Homicides ranging from deaths of police officers to serial homicide suspects.

Additionally, the majority of the over 1550 cases for which I have been retained as a consultant (since 1993) have involved injuries or deaths connected with some aspect of force during either apprehension or while in police custody.

During the first three months of my command of N.O.R.S.A.T., the unit had three justifiable shooting incidents.  From that time, and over the next five years of my command, N.O.R.S.A.T. established a remarkable record of more than two thousand arrests of career criminals without a single shot fired – either by my officers or by the suspects whom we arrested.

Many of these suspects were armed and considered to be very dangerous.  Some were apprehended during the course of their crimes and were very prone to use firearms to escape apprehension.  This record of excellence was accomplished through the use of proper tactics, management and supervision of personnel, training in correct apprehension methods, and adherence to the moral and ethical standards endorsed by California POST and my Department.  These methods and principles are also embraced by every state

training commission of which I am aware, as well as the national standards established by the U.S. Department of Justice.

As a result of my position and record as the commanding officer of N.O.R.S.A.T., I was assigned to author Field Operations Directive 89-3, "Tactical Operations Involving Detective Personnel." This order remained in force 20 years (until September 30, 2009), and included the basic standards and considerations with which investigative officers must comply in the event of a tactical deployment such as the dynamic entry into a building for the purpose of an arrest and/or seizure of evidence.

Since my retirement, I have testified as an expert on use of force, jail procedures and jail administration, investigations, police procedures, police tactics, investigative procedures, shooting scene reconstruction, and police administration in Arizona State Courts, California State Courts, Washington State Courts and Federal Courts in Arizona, California, Colorado, Florida, Illinois, Indiana, Louisiana, Missouri, Nevada, Ohio, Oregon, Pennsylvania, Texas, Utah, Washington, New Mexico, and New York. I have testified before the Los Angeles Police Department Board of Rights and the Los Angeles County Civil Service Commission. I have testified before the Harris County (Texas) Grand Jury and the Cleveland Grand Jury. I have also submitted written opinions in matters before Alaska, Idaho, Montana, North Carolina, Oregon, Kentucky and Wyoming Federal and State Courts. I was selected (January 20, 2007) to present on the topic of: "Police Experts" at the National Police Accountability Project held at Loyola Law School, Los Angeles, California. I was selected (September 23, 2010) to present on the topic of: "Using POST Modules to Establish Police Officer' Standard of Care" at the National Police Accountability Project, National Lawyers Guild Convention, in New Orleans, Louisiana. I was selected (March 30, 2012) to present to the Kern County Public Defenders in Bakersfield, California, on the topics of "Ethics, Police Investigations, the California POST Curriculum, and the M26 and X26 Taser weapons." On August 7, 2013 I was invited and presented to the Texas Civil Rights Project (TCRP) 2013 Annual Legal Summit in Austin, Texas on the topic: "Ethically Working with Experts from the Prospective of a Police Expert." On October 15, 2015 I was the invited presenter at a Community Forum in Victorville, California on the topics of Police Procedures, Community Policing, Use of Force, and features of the M26, X26 and X2 Taser weapons.

I have worked on several projects with the Paso Del Norte (El Paso, Texas) Civil Rights Project and the Texas Civil Rights Project (Austin, Texas). As a result of my expert testimony in *Border Network, et al. v. Otero County, et al.*, Case No. 07-cv-01045 (D.N.M. 2008), a federal court issued a temporary injunction to stop the illegal and widespread immigration raids in Chaparral, New Mexico, implemented pursuant to Operation Stonegarden. The case resulted in the adoption of a model policy for inquiring

into a person's immigration status, which has been adopted nationwide and has also been presented to the United States Senate, the Secretary of Homeland Security, and other government officials seeking to reform immigration enforcement.

I have been recognized, and my expert report was quoted by, the United States Court of Appeals for the Ninth Circuit as an expert in Police Administration and Use of Force in *Blankenhorn v. City of Orange, et al.*, 485 F.3d 463, 485 (9th Cir. 2007). The Ninth Circuit also drew from my expert report in a second published case involving Police Detective Investigations. *Torres, et al. v. City of Los Angeles, et al.*, 540 F.3d 1031, 1042-43 (9th Cir. 2008). The *Torres* case was appealed to the U.S. Supreme Court and returned for trial. I provided the expert opinion in *Chavies Hoskin v. City of Milwaukee, et al.* (USDC Case No. 13-cv-0920), regarding field strip and cavity searches, hiring, training, discipline and supervision, and which resulted in significant policy changes within the MPD. My opinions supported argument in the Ninth Circuit case: *Chaudhry v. City of Los Angeles*, 751 F.3d 1096, 1102 (9th Cir. 2014). The Ninth Circuit also drew from my exv. Cpert reports regarding credible threats justifying the use of force, *Hayes v. County of San Diego*, 658 F.3d 867 (9th Cir. 2011), and *Young v. County of Los Angeles*, 655 F.3d 1156 (9th Cir. 2011). The Ninth Circuit also drew from my expert reports regarding Jail Administration and Administrative Responsibilities, *Starr v. Baca*, 652 F.3d 1202 (9th Cir. 2011). The Ninth Circuit also drew from my expert reports regarding an officer's violation of the 14th Amendment if an officer kills a suspect when acting with the purpose to harm, unrelated to a legitimate law enforcement objective, in *AD v. California Highway Patrol*, 712 F. 3d 446 (9th Cir. 2013). The Fifth Circuit drew from my expert report regarding search and seizure, investigations and no-knock requirements in *Bishop et al. v. Arcuri et al.*, 674 F.3d 456 (5th Cir. 2012). The Ninth Circuit also drew from my expert report regarding the use of impact weapons (PepperBall) on civilians in *Nelson v. City of Davis*, 685 F.3d 867 (9th Cir. 2012). I was the expert in the Ninth Circuit opinion regarding the allegations proffered by police officers and their use/display of firearms against civilians in *Green v. City and County of San Francisco*, 751 F. 3d 1039 (9th Cir. 2014). Most recently, I was the expert in an important Ninth Circuit opinion regarding the allegations proffered by police officers and their use of lethal force against unarmed persons in *Jennifer Cruz, et al., v. City of Anaheim, et al.*, 765 F.3d 1076 (9th Cir. 2014). I was the expert at trial in the Ninth Circuit opinion regarding the order of evidence at trial in *Estate of Manuel Diaz, v. City of Anaheim*, et al., No. 14-55644. My opinion is quoted in the Ninth Circuit opinion regarding the use of lethal force in *A.K.H. a minor, et al, v. City of Tustin, et al.*, No. 14-55184. My opinions supported argument in the Ninth Circuit case: *Estate of Angel Lopez, et al., v. Kristopher Michael Walb*, No. 14-57007 (not for publication) wherein the Ninth Circuit Affirmed the Denial of Summary Judgement by the District Court. My opinions supported argument in the Ninth Circuit case: *Estate of Shakina Ortega, et al., v. City of San Diego, et al.* No. 14-

56824 (not for publication) wherein the Ninth Circuit Affirmed the Denial of Summary Judgement by the District Court. My opinions supported argument in the Ninth Circuit case: *Jerry Newmaker, et al., v. City of Fortuna, et al.* No. 14-15098 (for publication). My opinions supported argument in the Ninth Circuit Case: *Tonya E. Shirar, v. Miguel Guerrero*, *et al.* regarding use of lethal force and "suicide by cop," No. 15-55029 (not for publication). My opinions supported argument in the Sixth Circuit opinion, Case No. 16-5322*, Carey Woodcock v. City of Bowling Green, et al,* Originating Case No. 1:13-cv-00124 regarding the use of lethal force.

The California Court of Appeal (Second Appellate District) drew in part from my expert report regarding search warrant service, *Macias v. County of Los Angeles*, 144 Cal. App.4th 313, 50 Cal. Rptr.3d 364 (2006). The California Supreme Court drew in part from my expert opinion regarding police tactics and the use of deadly force, *Hayes et al. v. County of San Diego et al.*, 57 Cal.4th 622 (2013).

On February 10, 1989, I was personally commended at the Los Angeles County Hall of Administration by United States Attorney General, the Honorable Edwin Meese III, for my work to establish California Penal Code Section 311.11 (forbidding the Possession of Child Pornography). On February 22, 1993 (at the time of my retirement), Mr. Meese presented a second personal commendation for the success of this critical five-year effort to bring this law into effect.

On December 7, 2015 I was requested by the Cleveland District Attorney to present my opinions to the Cleveland Grand Jury regarding the November 22, 2014 shooting death of Tamir Rice by City of Cleveland police officers. In March, 2016 I was requested by the Delaware Attorney General to review and provide my opinions regarding the shooting death of Jeremy McDole. The AG report was published May 12, 2016.

I have been found competent by both Federal and State Courts to render opinions as to responsibilities as occurred in this case. A number of my cases have involved law enforcement officers as civil plaintiffs and as criminal defendants.

Since my retirement, I have become an expert in the features and the use of TASER International's products, including the Model M26, Model X26 and Model X2 ECDs. I own each, along with the download software. I have reviewed all the TASER training materials and am familiar with the risks and tactics associated with these potentially lethal devices. I have qualified as an expert on TASER products and testified both in deposition and before juries on their usage. Two published examples are *Lee v. Nashville*, 596 F. Supp. 2d 1101, 1121-22 (M.D. Tenn. 2009), and *Heston v. City of Salinas*, 2007 U.S. Dist. LEXIS 98433, *25-*26 (E.D. Cal. 2007). My most recent Federal

acceptance/certification as an expert in the general use and deployment of the TASER weapon occurred in San Francisco, California on January 29, 2015 in *Andre Little, an Individual, v. City of Richmond, et al.*, Case No: CV-1302067-JSC.  There are many others.

Attached as Exhibit A is a statement listing my law enforcement qualifications and experience; Exhibit B is my fee schedule; Exhibit C is a listing of matters in which I have testified in the last four years as an expert.

I declare under penalty of perjury that the foregoing is true and correct. Executed February 27, 2017 at Santee, California.

Roger A. Clark

**ROGER A. CLARK**

*10207 Molino Road • Santee CA 92071 • Telephone: (208) 351-2458.  Fax: (619) 258-0045.*

EXPERIENCE

**Police Procedures Consultant (self employed)**
April 1, 1993 to Present.................................................................. **23 years**

I have been certified by Federal and State courts as expert in jail and police procedures in Federal and State Courts.  I select my cases carefully and have consulted in approximately 1500 cases thus far since my retirement from the Los Angeles County Sheriff's Department.

**Substitute Teacher, Madison School District**
August 1994 to 2003........................................................................ **9 years**

I substitute teach at all levels in the school district (elementary to high school).  As a volunteer, I wrote and managed a $85,000.00 federal grant for our Central High School.  This grant is in its sixth year and has generated $510,000.00 for the school.

**District Liaison, State of Idaho Department of Juvenile Corrections**
August 1, 1995 to March 1, 1997.........................................**1 year, 7 months**

I represented the new Department of Juvenile Corrections to the ten counties in the Seventh Judicial District.  As such, I worked closely with Probation Officers, County Commissioners, Judges, other state agencies, private care providers, etc. in the implementation of the new Idaho Juvenile Corrections Act of 1995.  I wrote or participated in the writing of several federal grants for the District.  I conducted training - both formal and informal - and developed a series of new therapy programs for juveniles with private care providers.  I also served as the Director of the Detention Center and the State Placement Coordinator during this time.

-1-

**Los Angeles County Sheriff's Department**
December 1, 1965 to March 31, 1993.................................**27 years 4 months**

**Note:**  In 1993 the Los Angeles County Sheriff's Department had 7,000 sworn and 3,000 civilian personnel and a daily County Jail inmate population of 23,000.

**Service as a Lieutenant (15 Years, 0 Months):**

1.  **Field Operations Region I**
    **NORSAT**                    11/15/87 to 3/31/93   **64 months**

I commanded a specialized unit created to investigate, locate, observe and arrest major (career) criminal offenders.  This unit was designed as a multijurisdictional effort for the cities in the northern region of Los Angeles County.  The command consisted of four (4) Sergeants, seventeen (17) Deputies, four (4) Police Officers, twenty five (25) Reserves, and three (3) civilian employees.  The 1992 budget set at $1.5 million.  The arrest rate averaged 500 career criminal arrests per year with a 97% conviction rate and no shots fired (on either side) for 61 consecutive months.

Significant contributions while assigned at this Bureau were:

•        Increase in participating police agencies.
•        Direct participation with corporate (private) agencies.
•        Formation of a reserve and volunteer unit.
•        Establishment of NORSAT Foundation private funding.
•        Computerization of the unit.
•        Promotion of fourteen personnel.
•        Fleet expansion from 13 to 28 vehicles (donated).
•        Formation of the DEA Valley Task Force.
•        Field Operations Directive 89-3.

2.        **Executive Offices**
          **Reserve Forces Bureau**       05/01/84 to 11/15/87  **42 months**

I was the administrative officer to a specialized bureau responsible for coordinating the activities of 1,000 sworn reserve personnel, 900 civilian

volunteers, and 450 law enforcement explorer scouts.  The Bureau identifies programs for their effective utilization throughout the Department; develops and tracks training programs; sponsors activities designed to promote growth and keep morale at high levels.

Significant contributions while assigned at this bureau are:

- Total restructure of the Academy training process for reserve Deputies.
- Implementation of upgrade programs to move lower level reserves to level I status.
- Departmental Reserve Certification procedures.
- Annual leadership seminar.
- The Reserve News, a nationally recognized police magazine.
- Computerization of the Bureau.


3. **Field Operations Region I**
   **Crescenta Valley Station**     04/01/80 to 05/01/84  **49 months**

Crescenta Valley Station is a full service police facility of 100 personnel serving a population of 50,000 (including the Contract City of La Canada-Flintridge) and a total area of 250 square miles. During my four years service at this facility I served in every management role:

- **Nine months** as the Station Commander during an extended absence by the Captain (08/01/83 TO 05/01/84).
- **Sixteen months** as the Operations Lieutenant (03/01/82 TO 08/01/83).
- **Twelve months** as the station Detective Bureau Commander (03/01/81 to 01/01/82).
- **Twelve months** as a Watch Commander (04/01/80 to 03/01/81).

Significant contributions while assigned at this command are:

- Negotiation of an enhanced city contract (at a savings to the City).
- Formation of a volunteer community support group.
- Development and implementation of an integrated community emergency response plan.
- High School undercover narcotics operation.
- Restructure of the Station Detective Bureau.
- The annual station picnic, which was effective in boosting station morale.

4.  **Custody Division**
    **Central Jail**            04/01/78 to 04/01/80  **24 months**

The Los Angeles County Central Jail is the largest jail facility in the State of California, with a daily inmate population of seven thousand (7,000), an assigned staff of six hundred (600), and two hundred (200) civilian personnel. My service at this command was equally divided into two major assignments:

•       Training and Logistics Lieutenant (04/01/79 to 04/01/80).
•       Watch Commander (04/01/78 to 04/01/79).

Significant contributions while assigned at this command are:

•       "Hot Fire" Training program, which is now a State (POST) mandated training module for all custody personnel throughout California.
•       The "Defend in Place" fire safety operational plan for jail facilities.
•       New fire safety specifications for jail bedding and mattresses.
•       The development of fire safe jail mattress material.
•       The development of a facility emergency response plan.
•       The computerization of training, timekeeping, and scheduling for the facility (800 sworn and 200 civilian personnel).
•       "Spouse day at CJ"--A program for spouses of employees.


**Service as a Sergeant (6 Years, 4 Months):**


5.  **Administrative Division**
    **Federal Surplus Property**   01/12/76 to 04/01/78  **27 months**

This program was entirely my idea and developed while I was assigned at my previous assignment (Emergency Operations Bureau).  The unit provides millions of dollars in free federal excess and surplus food and property from clothing to heavy equipment and aircraft to the department each year.  I am very proud of this contribution to the Department.


6.  **Patrol Division**
    **Emergency Operations**   02/01/74 to 01/12/76  **23 months**

I was among the original personnel that formed this unit which blended the activities of the Department's planning    unit with emergency operations planning and preparation.  I was assigned as the Personnel and Logistics Sergeant.

Significant contributions while assigned at this command are:

- Formation of a new County Emergency Operations Center.
- Participation in the 1974 Federal earthquake studies of Los Angeles County.
- Development of the Department's specialized Field Command Post equipment.
- Development of the Department's Field Booking Team.

**7.     Patrol Division**
        **Civil Defense Bureau**        12/01/73 to 02/01/74  **02 months**

I was assigned to this unit to facilitate the orderly transition into the new Emergency Operations Bureau.

**8.     Patrol Division**
        **San Dimas Station**        12/12/72 to 12/01/73  **12 months**

I performed all the duties of a Watch and Patrol Sergeant.  I also frequently served as the Watch Commander.

**9.     Technical Serviced Division**
        **Communications Bureau**    12/01/71 to 12/12/72  **12 months**

I served as the Watch Commander in The Sheriff's Department's old radio room located at the Hall of Justice, and assisted in the transition to the existing communications facility.

**Service as a Deputy (6 Years, 0 Months):**

**10.    Patrol Division**
        **San Dimas Station**
        **Detective Bureau**        01/01/70 to 12/01/71  **23 months**

I served as a Station Detective assigned to the evening watch.  I handled the first response to all crimes requiring investigations.  I processed all evening juvenile matters, prepared criminal complaints and juvenile petitions.

11.   **Patrol Division**
      **San Dimas Station Patrol**   01/29/68 to 01/01/70   **24 months**

I performed all duties assigned to Station Patrol:  Jailer, Desk, Watch Deputy, Patrol, and Traffic.


12.   **Technical Services Division**
      **Transportation Bureau**   11/01/67 to 01/29/68   **02 months**

I was temporarily assigned to the Beverly Hills Municipal Court pending my assignment to a Patrol Station.


13.   **Custody Division**
      **Central Jail**   05/06/66 to 11/01/67   **18 months**

I returned to my previous assignment at the Central Jail after graduation from the Academy.  I performed all aspects of a Custody Deputy i.e. Module Officer, Prowler, Control Booth, High Power, etc.


14.   **Administrative Division**
      **Academy**   01/17/66 to 05/06/66   **04 months**

I was a Sheriff's trainee assigned to Class #110.


15.   **Custody Division**
      **Central Jail**   12/01/65 to 01/17/66   **01 month**

I was a pre-academy Custody Deputy assigned to the Central Jail as an "off the street" Deputy Sheriff.


**DEGREES AND CERTIFICATION**


| | | |
|---|---|---|
| P.O.S.T. Command College (Class #5) | POST | 1988 |
| Management Certification | POST | 1980 |
| Advanced Certification | POST | 1975 |
| Associate of Science Degree | Chaffey College | 1971 |


-6-

# Roger A. Clark

## Police Procedures Consultant, Inc.

10207 Molino Road.  Santee, CA 92071
Phone: (208) 351-2458,  Fax: (619) 258-0045
rclark9314@aol.com

February 27, 2017

Mr. Ben Nisenbaum, Esq.
Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621

**Regarding:**   ***Dionne Smith-Downs, et al v. City of Stockton, et al.  Case No. 2:10-cv-02495 MCE-GGH.***

Dear Mr. Nisenbaum:

My fee schedule is as follows:

- Travel time at the rate of $50.00 per hour.
- All case review, consulting, and writing of expert opinions (such as Rule 26 reports) at $250.00 per hour.
- All testimony (either at trial or deposition) at $350.00 per hour, with a two hour minimum required.
- A retainer fee of $3,500.00 when initially retained will be used against the above listed fees.  Subsequent billings at the rates specified.
- A "rush fee" of $500.00 for work required less than three weeks from notice/retention.

There is no formal contract required.  My Federal Tax ID Number is **72-1576857.**

Sincerely,

Roger A. Clark

# Roger Clark

Police Procedures Consultant, Inc.
10207 Molino Road.  Santee, CA 92071
Phone: (208) 351-2458,  Fax: (619) 258-0045
rclark9314@aol.com

**UPDATED LIST OF SWORN TESTIMONY FOR RULE 26**

**February 22, 2013 to February 22, 2017**
(Revised February 24, 2017

**Deposition:**  February 22, 2013.  Veth Mam, v. City of Fullerton, et al.  USDC Case No. SACV11-1242 JST (MLGx).

**Trial:**  February 26, 2013. Elizabeth Escalante, v. City of Los Angeles, et al.  Case No. BC 452902.

**Trial.**  February 27, 2013.  Angel M. Mendez and Jennifer Lynn Garcia v. County of Los Angeles, et al.  USDC Case No. CV 11-04771 850. JHN (Pjx).

**Deposition:**  March 4, 2013.  969.  Jinny Lynn Pearce, v. County of Kern, et al.  USDC Case No. 1:11-CV-0604 AWI GSA.

**Deposition:**  March 5, 2013.  Ada Morales Coto, v. Los Angeles County, et al.  Superior Court, State of California Case No. BC44905.

**Deposition:**  March 6, 2013.  Naily Nida, et al. v. City of Downey, et al.  USDC Case # CV 12 - 01372 SJO (JEMx).

**Deposition:**  March 13, 2013.  Raul Jesse Gonzalez Jr., v. City of Escondido, et al.  USDC Case No. 11-CV-2846-W (WVG).

**Deposition:**  March 15, 2013.  Carole A. Cosentino, Ronald L. Bours, Estate of Steven M. Bours, et al. v. City of Downey, Christopher Kurtz, et al., USDC Case No. 2:11-CV-03206-GAF (SSx).

**Deposition:**  March 18, 2013985.  M.L., a Monor, et al., v. Los Angeles County, et al.  Superior Court, State of California (Los Angeles County), Case No. VC 058338.

**Deposition:**  March 20, 2013.  Nora Manni, v. City of San Diego, et al.  USDC Case No. 11 cv 0435 W (DHB).

-1-

**Trial:** March 23, 2013 and March 26, 2013  Douglas Zerby, et al. v. City of Long Beach, et al. USDC Case No. SACV11-00536AG (RNBx).

**Deposition:** March 25, 2013.  Cindy Orellana, v. County of Los Angeles, et al. USDC Case File No. CV 12-1944 MMM (CWx).

**Trial:** March 27, 2013.  Kimberly Luong, et al., v. City and County of San Francisco et al., USDC Case No. C11-05661 MEJ.

**Trial:** March 28, 2013.  Carol Champommier, et al, v. United States of America, et al.  USDC Case No. CVl1-3913 JHN (PJWx) [Consolidated with Case No. CV11-05486.

**Deposition:** April 2, 2013.  Michael Foster and Kimberly Foster, v. County of San Diego, et al., USDC CaseNo. 11-CV-1953-H (BGS)

**Deposition:** April 8, 2013.  Katie Rodriguez, v. County of San Bernardino, et al.. Superior Court, State of California, (San Bernardino County), Case No CIVVS 110.

**Deposition:** April 16, 2013.  Elecia Holland, v. City and County of San Francisco, et al., Case No.: CV 10-2603 TEH.

**Trial:** April 17, 2013.  Veth Mam, v. City of Fullerton, et al.  USDC Case No. SACV11-1242 JST (MLGx).

**Deposition:** April 18, 2013.  Javier Bravo, Hope Bravo and E.B. (a minor), v. City of Santa Maria, et al.  USDC Case No. CV 06-06851 FMO (Shx).

**Deposition:** April 19, 2013.  Sylvia Theresa Lopez, et al., v. Contra Costa County Sheriff's Department, et al., Case No. C11-02888.

**Deposition:** April 24, 2013, May 2, 2013, and May 7, 2013.  The Estate of Anastacio Hernandez-Rojas, et al., v U. S. Customs and Border Protection, et al., Case No. 11-CV-0522-L NLS.

**Trial.** April 26, 2013.  Elecia Holland, v. City and County of San Francisco, et al., Case No.: CV 10-2603 TEH.

**Deposition:** April 29. 2013.  Civil Action No. 4:11-CV-00882; Karen Echols, et al, v. Gardiner, et al.; In the United States District of the Southern District of Texas, Houston Division.

**Deposition:** May 1, 2013.  Robert Thomas Sr., et al, v. County of Los Angeles, et al.  Superior Court, State of California (Los Angeles County), Case No. TC 025583.

**Deposition:**  May 2, 2013.  David Bryant and Andrea Bryant, individually and as husband and wife v. The City of Goodyear, et al., Case No. 2:12-cv-00319-JAT.

**Trial:**  May 3, 2013.  Kandace Simplis, et al, v. Culver City Police, et al.  USDC Case No.CV10-9497 JHN (MANx).

**Deposition:**  May 6, 2013.  Alexander Perez Alvarado, a minor, et al., v. The City of Santa Ana, et al., Case No. 8:12-CV-00328-UA.

**Deposition:**  May 14, 2013.  Lisa and Anthony ("A.J.") Demaree, et al, v. John Krause, et al. USDC (Arizona) Case No. CV 11-00046 PHX-ROS.

**Deposition:**  May 24, 2013.  William Pitman, v. County of Los Angeles, et al.  Superior Court, State of California (Los Angeles County), Case No. BC 472800.

**Deposition:**  May 28, 2013.  Toby Jermaine Wilson v. City of Vallejo, et al.  USDC Case No. 2:12-cv-00547-JAM-CKD.

**Trial:** May 30, 2013 and May 31, 3013.  Robert Thomas Sr., et al, v. County of Los Angeles, et al., Superior Court, State of California (Los Angeles County), Case No. TC 025583.

**Deposition:**  June 3, 2013.  Maria Macias & Lidia Amesquita, v. City of Long Beach, et al. USDC Case No. cv-12-3113 PA (FFMx).

**Trial:**  June 4, 2013.  Mashia McCraw-Lewis, et al, v. City of Los Angeles, et al.  Superior Court (Los Angeles County) Case No. BC 457859.

**Deposition:**  June 5, 2013,  Bereket Demsse, v. City of San Diego, et al., USDC Case No.: 12-cv-0914-JM (WVG).

**Deposition:**  June 10, 2013.  Ricky Diaz v. USA, et al. (San Ysidro Border Crossing).  USDC Case No. 11 cv 02028 IEG (POR).

**Deposition:**  June 14, 2013.  Javier - Guerrero v. City of San Jose, et al.  USDC Case No.: CV 12-03541 PSG.

**Deposition:**  June 17, 2013.  John Rogoff, v. County of San Bernardino, et al.  USDC Case No. 2:12-cv-04218.  DSF (Spx).

**Trial**:  June 24, 2013.  Salvador Estrada Lua, v. County of Los Angeles, et al.  Superior Court (Los Angeles County), State of California Case No EC 054587.

**Deposition:**  June 26, 2013.  Sabrina Smith, et al., vs., County of San Diego, et al., USDC Case No.: CASE NO. 11cv0356-W(WVG)

**Deposition:**  June 27, 2013.  Elizabeth Nichols v. City of Portland, et al.  USDC Case No. 3:13-CV-1889, MO.

**Trial:**  July 2, 2013.  Noreen Salinas, v. City of San Jose, et al.  USDC Case No. C08-02625 RS.

**Deposition:**  July 3, 2013.  Gregory Williams, v. City of Merced, et al.  Case No. 1:10-CV-1999 MJS.

**Trial:**  July 9, 2013.  Cindy Orellana, v. County of Los Angeles, et al. USDC Case File No. CV 12-1944 MMM (CWx).

**Trial:**  July 10, 2013.  Gregory Williams, v. City of Merced, et al.  Case No. 1:10-CV-1999 MJS.

**Deposition:**  July 16, 2013.  Boris Bolshakov, v. San Mateo County, et al.  Superior Court (San Mateo County), State of California Case No. CIV 515418.

**Trial:**  July 19, 2013.  Asima Gul, et al. v.Garda CL West, Inc., et al., (AKA: Ajmal v Bank of the West).  Superior Court, State of California (San Joaquin County), Case No. 39-2010-00234481 CU-PO-STK.

**Deposition:**  July 22, 2013.  David Lee Turner Jr., et al., v. County of Kern, et al., Case No.: CV-01366-AWI-SKO.

**Trial:**  July 23, 2013.  Michael Foster and Kimberly Foster, v. County of San Diego, et al., USDC CaseNo. 11-CV-1953-H (BGS).

**Deposition:**  July 29, 2013,  Gregory L. Sullivan and Koji Fujita, v. City of San Rafael, et al., Case No.:C 12-1922 MEJ.

**Trial:**  July 31, 2013.  962. John Young, v. Aron Wolfe, County of Los Angeles, et al.  USDC Case No. 2:07-CV-3190 RSWL-RZx.

**Trial:**  July 31, 2013.  Troy J. Dugan v. County of Los Angeles, et al. Case No. CV11-8145 ODW (Shx).

**Trial:**  August 1, 2013.  Ricky Diaz v. USA, et al. (San Ysidro Border Crossing).  USDC Case No. 11 cv 02028 IEG (POR).

**Trial:**  August 6, 2013.  Elizabeth Nichols v. City of Portland, et al.  USDC Case No. 3:13-CV-1889, MO.

**Trial:**  August 14, 2013.  Jason Eugene Deocampo et al, v. City of Vallejo, et al., USDC Case No. 2:06-CV-01283, WBS-GGH.

**Deposition:**  August 15, 2013.  Travis Mock v. City of Anaheim, et al., USDC Case No.: cv-829-CJC (MLGx).

**Deposition:**  August 15, 2013.  Barbara Padilla, et al., v. City of Anaheim, et al., USDC Case No.: SACV12-622 JVS (JPRx).

**Deposition:**  August 26, 2013.  Denise Monarque, as Personal Representative of the Estate of Richard Monarque, Deceased, v. The City of Rio Rancho, et al., Case No.: CV-2011-0135 MV/KBM.

**Deposition:**  September 10, 2013.  Kristy Beets, et al, v. County of Los Angeles, et al, Superior Court (County of Los Angeles) Case No. KC 057667.

**Deposition:**  September 16, 2013.  Brett Johnson, v. San Benito County, et al., Case No. CV 12-3691 LHK.

**Trial:**  September 24, 2013.  Barbara Padilla, et al., v. City of Anaheim, et al., USDC Case No.: SACV12-622 JVS (JPRx).

**Trial:**  September 26, 2013.  Eva Gutierrez and Dionicio Gutierrez v. County of Los Angeles, et al. Case No. CV 10-07608 PSG (AJWx).

**Deposition:**  September 27, 2013.  Gregory Martinez, Sr., et al., vs City of Avondale, et al., Case No. CV-12-01837-PHX-LOA.

**Deposition:**  October 4, 2013.  Jerrold Rosenblatt, v. City of Hillsborough, et al., USDC Case No. C12-5210 LB.

**Deposition:**  October 7, 2013.  Estate of Kenneth Paul Munoz, Jr., et al, v. County of San Bernardino, et al.  USDC Case No.: CV-12-05604 DSF (PJWx).

**Deposition:**  October 11, 2013.  Jerry Newmaker and Susan Olesen, v. City of Fortuna, et al. USDC Case No. CV-12-4675-PJH.

**Deposition:**  October 14, 2013.  John Leroy Jones, et al., v. Las Vegas Metropolitan Police Department, et al., Case No. 12-CV-01636 MMD CWH.

**Deposition:**  October 18, 2013.  A.K.H. et al., v. City of Tustin, et al., Case No.: SACV 12-01547 JST (RNBx).

**Deposition:**  October 30, 2013..Eduardo Enrique Alegrett, v. City and County of San Francisco, et al., USDC Case No. C12-5538 MEJ.

**Deposition:**  November 13, 2013.  Semaj Randolph et al, v. Harold Thad Turner, et al., USDC Case No. 5:12-cv-3087 1028 MBS.

**Dposition:**  November 19, 2013.  David Dominquez Mendoza, et al., v. City of Peoria, et al., Case No.: CV-13-00258-PHX-NVW.

**Deposition:**  November 21, 2013.  Marie Sales, (Paul Quintanar), v. City of Tustin, et al.  USDC Case No. SACV12-01834 CJC (MLGx).

**Deposition:**  November 26, 2013.  Ken Sheppard, v. County of Los Angeles, et al.  USDC Case No. 12-2392 CBM (PJWx).

**Deposition:**  December 2, 2013.  Estate of Manuel Diaz, Genevieve Huizar, v. City of Anaheim, et al.  USDC Case No. 12-01897 JVS (RNBx).

**Deposition:**  December 10, 2013.  Lydia Vasquez-Brenes and Ricardo Brenes, v Las Vegas Metropolitan Police Department.  USDC Case No.: 2:12cv1635-JCM-VCF.

**Deposition:**  December 19, 2013.  Celina, Sabrina and Valente Galindo IV, v. City of San Jose, et al.  USDC Case No. CV 13-0105 HRL.

**Deposition:**  December 23, 2013.  Rebeca Fajardo, v. City of El Centro, et al.  Case No. 3:12-cv-1521-GPC-PCL.

**Deposition**:  December 27, 2013.  Desmen Miller, v. Los Angeles County, et al.  USDC Case No. CV13-0024555.

**Deposition:**  January 8, 2014 and January 14, 2014.  Antione Leron Willis, v. Joseph Wagner, et al.  USDC (Illinois) Case No. 08 CV 01964.

**Trial:**  January 9, 2014 & January 10, 2014.  Hugo Vanlid Sarmiento v. Orange County, et al.  USDC Case No. ASCV06-0586 DOC (Anx).

**Trial:**  January 15, 2014.  John Rogoff, v. County of San Bernardino, et al.  USDC Case No. 2:12-cv-04218.  DSF (Spx).

**Deposition:**  January 22, 2014,  Maureen Abston, et al. v. City of Merced, et al.  USDC Case No. 1:09-CV-00511 OWW GSA.

**Deposition:**  January 24, 2014.  Scirocco Giles, v. Nicholas Ludwig, et al., USDC Case No. 12 C 6746.

**Trial:**  January 28, 2014.  William E. Wilson, et al, v. Clackamas County et al.  Circuit Court (State of Oregon) Case No. 1204-04632.

**Deposition:**  January 30, 2014.  Ammir Umar, v. City of San Jose, et al.  USDC Case No. CV12-6071 HRL.

**Deposition:**  February 3, 2014.  891. Nathaniel Marshall, v. County of Los Angeles, et al. Superior Court (Los Angeles County) Case No.  BC430969.

**Deposition:**  February 7, 2014.  Christine Villegas, a minor et al., v. City of Anaheim, et al., Case No. 8-12-cv002013-CJC-AN.

**Deposition:**  February 10, 2014.  Josh Lawson and Christopher Franklin, v. City of Seattle, et al., USDC Case No. 12-1994-MAT**.**

**Deposition:**  February 12, 2014.  Abisai Antonio Rivera, Jr. v. David Avila, et al.  USDC Case No: CV13-01404.

**Deposition:**  February 14, 2014.  Earl Brown, Sr. et al., v. City and County of San Francisco, et al., Case No. C11-02162LB.

**Trial:**  February 20, 2014.  Maureen Abston, et al. v. City of Merced, et al.  USDC Case No. 1:09-CV-00511 OWW GSA.

**Deposition:**  February 21, 2014.  Lee Lacy, v. Sergeant Elizabeth Palmer, et al., Case No. 12-CV-00624-MMA-JMS.

**Deposition:**  February 24, 2014.  William Lee Muncy, et al., v. James R. Beutler, et al., Case No. 3:12-cv-804.

**Trial:**  February 25, 2014.  Ken Sheppard, v. County of Los Angeles, et al.  USDC Case No. 12-2392 CBM (PJWx).

**Trial:**  February 27, 2014. Estate of Manuel Diaz, Genevieve Huizar, v. City of Anaheim, et al. USDC Case No. 12-01897 JVS (RNBx).

**Trial:**  March 3, 2014, March 5, & 6, 2014.  Shuja Sayed Ahmad, v. Arizona Department of Public Safety, et al., Superior Court (Maricopa County), State of Arizona, Case No. CV 2008-030707.

**Trial:**  March 4, 2014.  David Lee Turner Jr., et al., v. County of Kern, et al., Case No.: CV-01366-AWI-SKO.

**Deposition:**  March 7, 2014.  Michael Fujikawa, v. City of San Jose, et al.  Superior Court (Santa Clara County) Case No. 1-12-CV-219612.

**Deposition:**  March 11, 2014.  Gabino Rosales, et al., v. County of Los Angeles, et al.  USDC Case Nos. 2:12-cv-03852-SVW-AGR and 2:13.

**Depoisition:**  March 12, 2014.  Jennifer Medina, et al, v County of San Diego et al.  USDC Case No. 08cv1395 AJB (RBB).

**Deposition:**  March 13, 2014.  Charlene Nelson v. Riverside County, et al.  Superior Court (Riverside County) Case No. RIV 10011174.

**Deposition:**  March 18, 2014.  Tushana Howard, et al, v. City of Los Angeles, et al.  USDC Case No. CV13-01847 SJO (JEMx).

**Deposition:**  March 19, 2014.  Alexandra Black (Arsalai), et al. v. Alameda, County, et al.  Superior Court (Alameda County) State of California Case No. RG 11565214 (SL).

**Deposition:**  March 20, 2014.  Fiona Raygoza (Armenta) et al, v. City of Fresno, et al.  USDC Case No 1;13-CV-00322 LJO MJS.

**Deposition:**  March 24, 2014.  Shakina Ortega, et al, v. City of San Diego, et al.  Case No. 13-CV-89-LAB (JMA).

**Trial:**  March 26, 2014.  Michael Fujikawa, v. City of San Jose, et al.  Superior Court, State of California (Santa Clara County),  Case No. 1-12-CV-219612.

**Deposition.**  March 27, 2014.  Kenneth McDade, et al, v. City of Pasadena, et al.  USDC Case No. 2:12CV02892 DMG JCG.

**Deposition.**  March 31, 2014.  William F. Howard, et al., v. County of Riverside, et al. USDC Case No. CV 12-00700 VAP (Opx).

**Deposition.**  April 2, 2014.  Jimmy Osborne, v. Harris County Texas, Sgt. John Gable, et al., Case No. 4:13-CV-435.

**Deposition.**  April 4, 2014.  Jaime Cota, v. County of Kern, et al.  USDC Case No. 1:12-CV-01618-JLT.

**Deposition.**  April 8, 2014.  A.L.T., A Minor, et al., v. County of Riverside, Case No.: edcv 12-1765 TJH (Opx).

**Deposition:**  April 9, 2014.  William D. Caldwell v. County of Los Angeles, et al.  USDC Case No. CV 12-02138 BRO (JC).

**Deposition:**  April 10, 2014.  Chien Van Bui, et al, vs. City and County of San Francisco, et al. USDC Case No. CV 11-04189 LB.

**Deposition:**  April 11, 2014.  Patrick Torres, v. City of Los Angeles, et al., Case No. CV-01200-MWF-JCG.

**Deposition:**  April 14, 2014.  Kathleen Ann Fowler, v. California Highway Patrol, el al., Case No. C 13-1025 THE.

**Deposition:**  April 16, 2014.  Junior Lagunas, et al., v. City of Anaheim, et al., USDC Cases No. SACV 13-00247 & SACV 13-01447 JLS (Anx).

**Trial:**  April 17, 2014.  Carol Krechman: et al. vs. County of Riverside: et al.  Case No. CV-10-08705 ODW.

**Deposition:**  April 18, 2014.  Akbar Amin-Akbari v. City of Austin et al., USDC (Western District of Texas) Civil Action No. 1:13-cv-00472-LY.

**Deposition:**  April 23, 2014.  Christopher J. Windsor, v. Chris Eaves, et al., Case No. 5:13-CV-00038.

**Trial:**  April 24, 2014.  Alexander Perez Alvarado, a minor, et al., v. The City of Santa Ana, et al., Case No. 8:12-CV-00328-UA.

**Depoition:**  April 29, 2014.  Michael Lobrono, et al. v. County of Los Angeles, et al.  USDC Case No. 13-03838 RGK (Ex).

**Deposition:**  April 30, 2014.  Audry Henry v. City of Los Angeles, el al., Case No.: CV 13-03151 JAK (MWRx).

**Trial:**  May 7, 2014.  Audry Henry v. City of Los Angeles, el al., Case No.: CV 13-03151 JAK (MWRx).

**Deposition:**  May 12, 2014.  Chalino Sanchez v. County of Los Angeles, et al.  USDC Case No.: CV 13-03836.

**Deposition:**  May 15, 2014.  Carlos Barba v. City of Santa Ana, et al.  Superior Court State of California (Orange County) Case No. 30-2013-00649819-CU-PO-CJC.

**Deposition:**  May 19, 2014.  John Warner Stephens, v. County of San Diego, et al.  USDC Case No., 11cv2832 AJB (KSC).

**Trial:**  May 22, 2014.  Nathaniel Marshall, v. County of Los Angeles, et al.  Superior Court (Los Angeles County) Case No.  BC430969.

**Trial:**  May 27, 2014.  Kathleen Ann Fowler, v. California Highway Patrol, el al., Case No. C 13-1025 THE.

**Trial:**  May 29, 2014.William D. Caldwell v. County of Los Angeles, et al.  USDC Case No. CV 12-02138 BRO (JC).

**Deposition:**  May 29, 2014.  Estate of Hutalio Serrano-Granados, et al., v. City of Colton, et al, Case No.: EDCV 13-519 JAK(OPx).

**Deposition:**  June 3, 2014.  I.R., et al. v. City of Fresno, et al., Case Nos.: 1:12-CV-00558-AWI (GSAx) and 1:13-CV-00850-LJO (BAMx).

**Trial.**  June 5, 2014.  William F. Howard, et al., v. County of Riverside, et al.  USDC Case No. CV 12-00700 VAP (Opx).

**Trial.**  June 12, 2014.  .Eduardo Enrique Alegrett, v. City and County of San Francisco, et al., USDC Case No. C12-5538 MEJ.

**Trial.**  June 18, 2014.  Antonio Rendon, et al., v. City of Indio, et al., Case No.: CV 13-00667 VAP (Opx).

**Deposition.**  June 30, 2014.  Larry and Pamela Olsen et al., v. California Department of Corrections, et al.  USDC Case 08 CV 2035 Jah BLM.

**Civil Service Commission Hearing:**  July 7, 2014.  Regarding Deputy James Mee, Los Angeles County Sheriff's Department, IAB File 2291137.

**Trial:**  July 14, 2014.  Chelsey Hayes, et al, v. County of San Diego, et al.  USDC Case No. 07-CV-1738 DMS (JMA).

**Deposition:**  July 15, 2014.  Nichole Gochmanosky, Marie Weber and Ashley Wardle, v. City of San Diego, et al.  USDC Case No 12-CV-2944 L. NIS., and Kari Helstern, v. City of San Diego, et al.  USDC Case No 13-cv-0321 LAB (RRB).

-10-

**Trial:**  July 17, 2014.  1213.   Servando G. Castaneda, et al v. County of Los Angeles, et al. Superior Court, State of California (County of Los Angeles) Case No. BC511592.

**Deposition:**  July 23, 2014.  Miguel A. Gonzales-Chavez, v. City of Bakersfield, et al., Case No.: 1:12-CV-02053-AWI-JLT

**Deposition:**  July 24, 2014.  Maria Munoz, et al, v. County of Riverside, et al.  Superior Court, State of California (Riverside County), Case No RIC 1207941.

**Deposition:**  August 6, 2014.  Carmen Ruvalcaba, v. City of Los Angeles, et al.  USDC Case No 12-CV-06683 DDP (MAN).

**Trial:**  August 14, 2014.  Maria Munoz, et al, v. County of Riverside, et al.  Superior Court, State of California (Riverside County), Case No RIC 1207941.

**Deposition:**  August 15, 2014.  Precious Venable v. City of Milwaukee, et al., USDC Case No. 13-cv-1114; Joe Bohannon v. City of Milwaukee, et al., USDC Case No. 13-cv-1224; Angus Wright v. City of Milwaukee, et al., USDC Case No. 13; Chavies Hoskin v. City of Milwaukee, et al.  USDC Case No. 13-cv-0920.

**Deposition:**  August 24, 2014.  Merricks Prudhomme, v. City of Orange, et al.  Superior Court (Orange County) Case No. 30-2013 00654570.

**Deposition:**  August 27, 2014.  Carlos Sierra v. County of Los Angeles, et al.  Superior Court Case No. BC 477258.

**Deposition:**  August 29, 2014.  Robert Tidwell v City of Round Rock, et al., USDC (Texas) Case No.: 1:13.

**Trial:**  September 9, 2014.  Antione Leron Willis, v. Joseph Wagner, et al.  USDC (Illinois) Case No. 08 CV 01964.

**Deposition:**  September 12, 2014,  Elizabeth Adam & Robert Chester Henning, v. County of Los Angeles, et al.  USDC Case No. CV 13-1156 GW (JCGx).

**Deposition:**  September 14, 2014.  Daniel Johnson, v. County of Los Angeles, et al.  USDC Case No. CV14-00368 SVW (Jex).

**Trial:**  September 17, 2014.  Maxine Sherard v. City of San Diego, et al.  USDC Case No. 11cv2854-L (MDD).

**Deposition:**  September 26, 2014.  Joseph Lozano v. City of Rialto, et al.  USDC Case No. EDCV 13-1636 GHK.

**Trial**:  October 6, 2014.  Scirocco Giles, v. Nicholas Ludwig, et al., USDC (Chicago) Case No. 12 C 6746.

**Deposition:**  October 14, 2014.  Geoffrey Ernest Johnson, v. County of Los Angeles, et al. USDC Case No. CV-13-4496 MMM (AJWx).

**Deposition:**  October 16, 2014.  The Estate of Angel Lopez, et al., v. City of San Diego, et al. Case No.: 13CV2240 GPC BGS.

**Deposition:**  October 21, 2014.  Shirar et al, v. CHP Officer Miguel Guerrero, et al,   USDC Case No. EDCV 13 - 0906 JGB (Opx).

**Deposition:**  October 27, 2014.  R.Z., a minor (Zermeno), et al., v. County of Riverside, et al., Case No.: EDCV 13-01251 FMO (DTBx).

**Trial**:  October 30, 2014.  Chandler Todd Barr v. The City of Albuquerque, et al. USDC Case No. CIV 12-1109 GBW-RHS.

**Deposition:**  November 7, 2014.  Brejanea Burley, et al., v. County of Los Angeles, et al. Superior Court, (Los Angeles County) Case No. TC027341.

**Deposition:**  November 12, 2014.  Michael Huey, et al, v. City of Vallejo, et al.  USDC Case No. 2:13‑CV‑00916.  JAM KJN.

**Trial:**  November 13, 2014.  Barbara Padilla, et al., v. City of Anaheim, et al., Case No. SACV12-622 JVS (JPRx).

**Deposition:**  November 14, 2014.  Frank Martinez v. County of Los Angeles et al. USDC Case No. CV 13-3825 CAS (JCGx).

**Deposition:**  November 17, 2014.  Randy Lynn v. City of Indianapolis, et al., Case No. 1:13-CV-00179-JMS-TAB**.**

**Deposition:**  November 19, 2014.  Sandra Blount, aka, Sandra Castro, v. City of Los Angeles, et al., Case No.: CV13-08672DDP.

**Deposition:**  November 20, 2014.  Harrison Orr, v. California Highway Patrol, el al., Case No. 2:14-cv-00585-WBS-EFB.

**Deposition:**  November 25, 2014.  James Ligon, v. CHP Officer Joe Lafauci, et al.  USDC Case No.  Cv 13-02875 (RMW).

**Trial:**  December 1, 2014.  Brejanea Burley, et al., v. County of Los Angeles, et al.  Superior Court, (Los Angeles County) Case No. TC027341.

**Deposition:**  December 2, 2014.  K.C.R. (Rivera) a minor, et al, v. County of Los Angeles, et al. USDC Case No. CV 13-03806 PSG (Ssx).

**Deposition:**  December 4, 2014.  Andre Little, an Individual, v. City of Richmond, et al., Case No: CV-1302067-JSC.

**Trial:**  December 9, 2014.  Lee Lacy, v. Sergeant Elizabeth Palmer, et al., Case No. 12-CV-00624-MMA-JMS.

**Deposition:**  December 12, 2014.  Esperanza Booke, et al, v. City of Stanger, et al., Case No.: 1:13-cv-00586-AWISAB.

**Deposition:**  December 17, 2014.  Donald Geary, v. County of Orange, et al.  USDC Case No. SACV09-01386 JVS (Anx).

**Trial:**  December 29, 2014.  People v. Lorenzo Gomez, San Bernardino County Case No. FSB 1200922.

**Deposition:**  January 7, 2015.  Michael Wann, et al., v County of San Bernardino, et al, Case No.: EDCV13-1422, JGB (DTBx).

**Trial:**  January 14, 2015.  People v. Luis Alberto Torres, Superior Court, State of California (San Mateo County), Case No. SM 386562.

**Deposition:**  January 16, 2015. Shawn Tulcey, an Individual, v. County of Los Angeles, et al. Case No. CV13-3773 BRO (FFM).

**Trial:**  January 23, 2015.  Patrick Torres, v. City of Los Angeles, et al., Case No. CV-01200-MWF-JCG.

**Deposition:**  January 26, 2015.  Bennie Starks, v. City of Waukegan, et al. USDC Case No. 09 CV 348.

**Trial:**  January 28, 2015 & January 29, 2015.  Andre Little, an Individual, v. City of Richmond, et al., Case No: CV-1302067-JSC.

**Trial:**  February 11, 2015.  Miguel A. Gonzales-Chavez, v. City of Bakersfield, et al., Case No.: 1:12-CV-02053-AWI-JLT.

**Deposition:**  February 18, 2015.  Rafael Garcia Miranda and Olga Martha Garcia, v. City of Anaheim, et al.  USDC Case No. SACV 13-01826.

-13-

**Deposition:** February 20, 2015.  Jackaline Ann Gaston, et al v. County of San Bernardino et al. Case  No.: 5:14-cv-00403-VAP-DTB.

**Trial:** February 26, 2015.  1282. People v. Jordan Hughes.  Superior Court, State of California (Solano County), Case No. FCR285903.

**Deposition:** March 5, 2015.  Guillermo Alarcon, v. City of Los Angeles, et al.  USDC Case CV09-04210 CBM (FFMx).

**Deposition:** March 9, 2015.  Eder Herrera v. City of, Brea, et al.  USDC Case No. SACV 12-1650, SS.

**Deposition**: March 10, 2015.  Christian Payan v. County of Los Angeles, et al. Case No. 2:14 CV-07360-SVW-JEM.

**Trial:** March 11, 2015.  Superior Court,  State of California, (San Francisco City and County). People v Ray Jones, Case No. SCN 223374, Court No. 14030794.

**Deposition:** March 12, 2015.  Sara Valtierra, and Javier Arrazola, v. City of Los Angeles, et al. USDC Case No. CV 13-07562-CAS (Ex).

**Deposition:** March 13, 2015.  Nagy Salib v. City of Riverside, et al.  USDC Case No. EDCV 13-1682-MWF (Opx).

**Trial:** March 17, 2015.  Shawn Tulcey, an Individual, v. County of Los Angeles, et al.  Case No. CV13-3773 BRO (FFM).

**Trial:** March 18, 2015.  Christian Payan v. County of Los Angeles, et al. Case No. 2:14 CV-07360-SVW-JEM.

**Trial:** March 19, 2015.  Anita Doporto v. City of Tulare, et al., USDC Case No. EDCV 1:13-cv-00898 LJO SKO.

**Trial** (retrial)**:** March 26 & 27, 2015.  Andre Little, an Individual, v. City of Richmond, et al., Case No: CV-1302067-JSC.

**Deposition:** April 1, 2015.  Brian Reed, et al., v. City of Modesto, et al.  USDC Case No. 1:11-CV-01083-GSA.

**Deposition**.  April 9, 2015.  Denise Green, v. City and County of San Francisco, et al.  USDC Case No. C10-2649 RS.

**Deposition.**  April 10 &11, 2015.  Jose Henriquez, e al, v. City of Bell, et al.  USDC Case No. 2:14-cv-196  GW (Ssx).

**Deposition**.  April 10, 2015.  Rafael Gonzalez, et al, v. City of Anaheim, et al.  Case No. CV10-4660 USDCPA (Shx).

**Deposition.**  April 14, 2015.  Jose Gutierrez, v. United States Customs and Border Protection, USDC Case No. 2:13-CV-00585 DGC.

**Trial.**  April 16, 2015.  Nagy Salib, v. City of Riverside, et al.  Case No. EDCV 13-1682  MWF (OPX)**.**

**Trial**.  April 15 and 17, 2015.  Jim Maxwell et al. v. San Diego County, et al.  USDC Case No. 07-cv-2385 JAH (Wmc).

**Trial.**  April 20 & 21, 2015.  Naji Muhammad (Jackson), et al., v. Frank Pawlowski, et al. USDC (Pennsylvania) Case No. 2:11.

**Deposition.**  April 22, 2015.  Robert J. Reese, Jr. v. County of Sacramento, et al., Case No. 2:13-cv-00559 JAM DAD.

**Deposition**.  April 24, 2015.  Guillermo Ramirez, et al. v. City of Oxnard, et al., USDC Case No.: CV 13-01615 MWF AN.

**Deposition**.  April 28, 2015.  Idalia J. Morgutia-Johnson,  v. City of Fresno, et al.  USDC Case No.  1:14-CV-000127 LJO-SKO.

**Trial.**  April 29, 2015.  Sara Valtierra, and Javier Arrazola, v. City of Los Angeles, et al.  USDC Case No. CV 13-07562-CAS (Ex).

**Trial.**  May 6 & 7, 2015.  Brian Reed, et al., v. City of Modesto, et al.  USDC Case No. 1:11-CV-01083-GSA.

**Deposition.**  May 11, 2015.  Carey Woodcock, et al. v. City of Bowling Green, Kentucky, et al. USDC Case No. 1-13-CV-00124-JHM.

**Deposition.**  May 18, 2015.  Kimberly Deen, et al, v. City of Redding, et al.  USDC Case No. 2:13-CV-01569 KJM-CMK**.**

**Trial.** May 20, 2015. John Warner Stephens, v. County of San Diego, et al. USDC Case No., 11cv2832 AJB (KSC).

**Deposition:** May 26, 2015. Joshua Chavez v. City of Hayward et al., Case No.:C-14-00470 DMR ADR.

**Deposition:** May 27, 2015. Edward Monroe, v. City of Richmond, et al., Case No.: 3:14 CV 00795 WHO.

**Trial:** May 28, 2015. Merricks Prudhomme, v. City of Orange, et al. Superior Court (Orange County) Case No. 30-2013 00654570.

**Deposition:** May 29, 2015. Jonathan Meister, v. City of Hawthorne, et al. USDC C.D. Cal. Case No. CV 14-1096-MWF (SHx).

**Deposition:** June 1, 2015. Cash Jerome Ferguson-Cassidy, v. City of Los Angeles, et al., USDC Case No. CV14-06768 SVW (JPRx).

**Trial**: June 8, 2015  Harrison Orr, v. California Highway Patrol, el al., Case No. 2:14-cv-00585-WBS-EFB.

**Trial:** June 11, 2015. Idalia J. Morgutia-Johnson,  v. City of Fresno, et al. USDC Case No. 1:14-CV-000127 LJO-SKO.

**Deposition:** June 15, 2015. Juan Herrera, v. City of Los Angeles, et al. USDC Case No. 2:13-cv-08831-ABC AS.

**Trial:** June 23, 2015. Guillermo Ramirez, et al. v. City of Oxnard, et al., USDC Case No.: CV 13-01615 MWF AN.

**Deposition**: June 26, 2015. C.E.W. a minor, et al., v City of Hayward, et al., Case No.: C 13-04516 LB.

**Trial:** July 1 & 2, 2015. Juan Herrera, v. City of Los Angeles, et al. USDC Case No. 2:13-cv-08831-ABC AS.

**Deposition:** July 10, 2015. Perla Carr, v. Montgomery County, Texas, et al., Case No.: 4:13-cv-2795.

**Deposition:** July 13, 2015. Stephanie Bruno, et al, v. Donald Hubbard, et al., Circuit Court, Jackson County (Missouri), Case No. 1416-CV 18501.

**Deposition:** July 16, 2015. Donna Lancaster, v. Kansas City Board of Police Commissioners, et al., Case No.:4:14-cv-00171-SOW.

-16-

**Deposition:** July 23, 2015.  Sharam Borjkhani, et al. v. CHP, et al.  Superior Court, State of California (Los Angeles County).  Case No.  BC487580.

**Deposition:** July 27, 2015.  Michael Fulton v. Brian Thayer, et al., Case No.: CV10-00137-JCG.

**Deposition:** July 29, 2015.  Orly Vered, et al., v County of Los Angeles, et al., Case No.: CV14-9559 MWF (MANx).

**Trial:**  August 6, 2015  Oscar Morales v. City of Los Angeles, et al.  USDC Case No. CV 11-04757 SVW (Shx).

**Deposition.**  August 11, 2015  Kimberly Mitchell, et al, v. Muhlenberg Community Hospital, et al.  Muhlenberg Circuit Court, Commonwealth of Kentucky Case No. 12

**Deposition:**  August 12, 2015.  Russell Martinez v. Joseph Salazar, et al., D.N.M. Case No. 14-cv-00534 KG/WPL.

**Deposition**.  August 17, 2015.  Dr. Gary D. Frakes, v. Sergeant William R. (Billy) Masden and Captain Dustin Ott. USDC (Texas) Case No. 4:14-cv-1753.

**Deposition.**  August 20, 2015.  Emmanuel Bracy, v. City of Los Angeles, et al.  Case No. C13-09350 (JC).

**Deposition.**  August 24, 2015.  Porfirio Santos-Lopez, an Individual v. City of Long Beach et al., Case No.: CV14-05781-FMO-AS.

**Deposition:**  August 26, 2015.  Aaron Vincent Arde Catacutan, v. City of San Jose, et al.  Superior Court, State of California (Santa Clara County) Case No. 113 CV 254501.

**Deposition:**  August 31, 2015.  Sammy Sanchez, et al v. City of Tucson, et al.  USDC Case No. 72-1576857.

**Trial:**  September 8, 2015.  Cash Jerome Ferguson-Cassidy, v. City of Los Angeles, et al., USDC Case No. CV14-06768 SVW (JPRx).

**Deposition:**  September 10, 2015.  Juventino Rodarte, v. Alameda County, et al.  USDC Case No. 4:14-cv-00468-KAW.

**Deposition:**  October 2, 2015.  Brennan Colbert, v. County of Kern, et al., Case No.: 1:13-cv-01589-JLT.

**Trial:**  October 7, 2015.  Michael Fulton v. Brian Thayer, et al., Case No.: CV10-00137-JCG.

**Trial:**   October 16, 2015.  Kristy Beets, et al, v. County of Los Angeles, et al.  Superior Court, State of California (County of Los Angeles) Case No. KC 057667.

**Trial:**  October 19, 2015 & October 20, 2015.  Christopher J. Windsor, v. Chris Eaves, et al., Case No. 5:13-CV-00038.

**Deposition:**  October 27, 2015.  Francisco Arrieta, et al., v. County of Kern, et al., Case No.:1:14-CV-00401-LJO-JLT.

**Deposition:**  October 28, 2015.  Lorenzo Adamson, an individual, v. City of San Francisco, et al., Case No.: 4:13-cv-05233-DMR.

**Trial.**  October 29, 2015.  Robert J. Reese, Jr. v. County of Sacramento, et al., Case No. 2:13-cv-00559 JAM DAD.

**Trial.**  November 3, 2015.  Lance Ricotta, v. City of Imperial, Ca, et al., Case No.: 13CV1454 DMS WVG.

**Deposition.**  November 9, 2015.  Dorothy Jean Sams, et al, v. City of Los Angeles, et al, Superior Court (Los Angeles County) Case No. BC537879.

**Trial**.  November 10 & 11, 2015.  People v. Former Webster Police Officer D. Bassett.  339th District Court, Harris County, Texas, Cause No. 1411316.

**Trial**.  November 12, 2015.  People v. Marcus Stewart, Superior Court (Santa Clara County), State of California Case No. C1370824.

**Trial**.  November 13, 2015.  Lorenzo Adamson, an individual, v. City of San Francisco, et al., Case No.: 4:13-cv-05233-DMR.

**Deposition:**  November 18, 2015.  Miguela Nuila, v. City of Los Angeles, e al.  USDC Case No. CASE NO. CV 14-9160 DDP (PJWx).

**Deposition:**  November 18, 2015.  Damion Russell et al., v. City of Los Angeles, et al., Case No.: CV-14-09433-JFW (Ex).

**Deposition:**  November 20, 2015.  Raymond Newberry et al. v. County of San Bernardino, ED-CV14-02298 JGB (SPx)

**Deposition:**  November 23, 2015.  Robert Barron, v. City of Redding, et al., USDC Case No.: 2-14-CV-01107 MCE-CMK.

-18-

**Deposition:** December 2, 2015.  Sukhwinder Kaur, et al, v. City of Lodi, et al.  USDC Case No. 2:14-cv-00828 GEB-AC.

**Deposition:** December 3, 2015.  Isaiah Salvadore Zepeda, te al, v, County of Los Angeles, et al. Superior Court (Los Angeles County) Case No. BC450200.

**Grand Jury Testimony:** December 7, 2015.  People v. Officer Timothy Loehman and Officer Fran Garmback, Cuyahoga County (Ohio) Grand Jury. [Civil Case No: 14 Civ. 02670.]

**Trial:** December 9 & 10, 2015.  Superior Court, State of California (Los Angeles County), People v. Ugene Park & Sarah DeLeon, Case No. 5SY03653, DR No. 15-1087.

**Trial:** December 15, 2015.  Alejandra Ruiz, et al., v. City of Medford, et al.  Circuit Court, State of Oregon (Jackson County), Case No. 13CV07663.

**Trial:** December 17, 2015.  Isaiah Salvadore Zepeda, et al, v, County of Los Angeles, et al. Superior Court (Los Angeles County) Case No. BC450200.

**Deposition:** December 22, 2015.  Jordan Edward Branscum, v. San Ramon Police Department, et at. Case No. Case No.: C11-04137 LB.

**Deposition**: December 28, 2015.  Susan Rush, v. City of Santa Monica, et al.  USDC Case No. BC568815.

**Preliminary Hearing & Motion to Suppress:** January 5, 2016.  People v. Gregory Williams, Superior Court, State of California (Solano County), Case No. VCR223119.

**Preliminary Hearing & Motion to Suppress:** January 5, 2016.  People v. Gregory Williams, Superior Court, State of California (Solano County), Case No. VCR223119.

**Deposition:** January 8, 2016.  Doris Ray Knox v. City of Fresno, et al.  USDC Case No. 1:14–CV–00799 EPG.

**Deposition:** January 11, 2016.  Refugio Nieto, et al., v. City and County of San Francisco, et al., Case No.: C14-03823-NC.

**Deposition:** January 12, 2016.  Garry Bradley, v. County of Los Angeles, et al. Superior Court, State of California (Los Angeles County), Case No. BC473200.

**Deposition:** January 13, 2016.  Jesse Trevino, v. Bakersfield Police Department, et al., Case No. 1:14-CV-01873 JLT.

**Deposition:** January 21, 2016.  Richard A. Collender, et al., v. City of Brea, et al.  USDC Case No. SACV 11000530 AIJ-MLGx.

**Deposition:** January 26, 2016.  The Estate of Cecil Elkins, Jr., et al., v. California Highway Patrol, et al., Case No.: 1:13-CV-01483-AWI-SAB.

**Trial:**  February 2 and 3, 2016.  Dorothy Jean Sams, et al, v. City of Los Angeles, et al.  Superior Court, State of California (Los Angeles County), Case No. BC537879

**Deposition:**  February 4, 2016.  Rayven Vinson, et al, v. City of Los Angeles, et al. USDC Case No.: CV 14-4488-PLA.

**Deposition:**  February 10, 2016.  V.W., a minor, et al., v. Robert Nichelini, et al., Case No.: 2:12-CV-01629-LKK-AC.

**Deposition:**  February 12, 2016.  Maria Del Carmen Rivas, et al., v. City of Los Angeles, et al., Case No.:2:15-CV-000456-JFW-JEM.

**Trial:**  February 19, 2016.  Esperanza Booke, et al, v. City of Sanger, et al., Case No.: 1:13-cv-00586-AWISAB.

**Deposition**:  February 22, 2016.  Fernando Del Castillo, et al., v. City of Tempe, et al., Case No.: CV-214-1945-PHX-DLR.

**Deposition:**  February 29, 2016.  J.A.L., a Minor, et al, v. Mike Santo, et al.  USDC Case No.: CV-15-00355.

**Trial:**  March 2, 2016.  Richard A. Collender, et al., v. City of Brea, et al.  USDC Case No. SACV 11000530 AIJ-MLGx.

**Deposition:**  March 3, 2016.  Michael A. Storms, v. City of Clarkston, et al., Case No.: 2:14 CV 000254 TOR.

**Trial:**  March 7, 2016.  Refugio Nieto, et al., v. City and County of San Francisco, et al., Case No.: C14-03823-NC.

**Deposition:**  March 15, 2016.  J.J.D. v. City of Torrance, et at.  USDC Case No. CV14-07463-BRO-MRW.

**Trial:**  March 17, 2016,  People v. Mark Cappello, Superior Court, State of California (Sonoma County).  Case No. SCR-630974.

**Deposition:** March 23, 2016.  Ioana Aronovici, v. City of Anaheim, et al., Orange County Superior Court Case No. 30-2014-00762502 CU-PA-CJC.

**Deposition:** March 25, 2016.  Reynalda Molina, et al, v. City of Visalia, et al.  CASE NO. 1:13-CV-01991-LJO-SAB.

**Deposition:**  April 4, 2016.  Ayounna McClinton (Estate of Duane Strong), v. City of Tallahassee, et al., Case No.: 4:15-CV-278-RH/CAS.

**Trial:** April 1 & 5, 2016.  K.C.R. (Rivera) a minor, et al, v. County of Los Angeles, et al.  USDC Case No. CV 13-03806 PSG (SSx).

**Trial:** April 5, 2016.  J.J.D. (Dolak) v. City of Torrance, et al.  USDC Case No. CV14-07463 BRO-MRW.

**Trial**:  April 6, 2016. Garry Bradley, v. County of Los Angeles, et al.  Superior Court, State of California (Los Angeles County) Case No. BC473200.

**Trial:** April 12, 2016.  Jesse Michael Espinoza, v. City of Mesa, et al.  USDC (Arizona) Case No. CV2013-092842.

**Deposition:**  April 14, 2016.  The Estate of Anthony Agustin Banta, et al. v. City of Walnut Creek, et al.  USDC Case No. C13-00342 CRB.

**Deposition:**  April 18, 2016.  Stephen McCollum et al., v. Texas Department of Criminal Justice, et al.  Case No.3:12-CV-02037.

**Deposition:**  April 27, 2016.  Tan Lam v. City of Los Banos, et al.  Case No. 2:15-cv-00531 MCE, KJN

**Deposition:**  May 2, 2016.  Edsell Ford, et al. v City of Los Angeles, et al.  USDC Case No. CV14-7268 JFW - MAN.

**Deposition:**  May 4, 2016.  Susan Mellen, et al. v. City of Los Angeles, et al., Case No. CV15-03006 GW (AJWx).

**Deposition:**  May 10, 2016.  Dennis Mitchell Mueller, v. Deputy Manuel Cruz, County of Orange, et al.  USDC Case No. CV 13-01274 CJC (JCGx).

**Deposition:**  May 13, 2016.  Robert Jackson III, v. County of San Bernardino, et al.  USDC Case No. EDCV 13-01650-JGB (DTBx).

-21-

**Trial:**  May 17, 2016.  Gordon v. Harris County et al.,USDC Case No. 4:14-cv-03463, S.D. of Texas (Houston).

**Deposition:**  May 27, 2016.  Oscar Ramirez, Sr. v. County of Los Angeles; Bryan Moreno, et. al.U.S. District Court Case No.:  CV 15-03062 AB (PLAx).

**Deposition:**  June 6, 2016.  Brett Lewis, v. Café Club Fais Do Do, et al., Superior Court, State of California  (Los Angeles County), Case No. BC 468234.

**Trial:**  June 13, 2016.  Rayven Vinson, et al, v. City of Los Angeles, et al. USDC Case No.: CV 14-4488-PLA.

**Deposition:**  June 14, 2016.  Edin S. Castellanos, v. State of California, et al., Case No.: 4:15-cv-00272-JSW.

**Deposition:**  June 20, 2016.  Lance McClain, et al, v. City of Eureka, et al. Case No. 3:15-cv-02070 WHO.

**Deposition:**  June 21, 2016.  Moises Palacios, Victoria et al., v. City of Los Angeles, et al., Case No.: 14-cv-09639-MJF (AJWx).

**Trial:**  June 24, 2016.  Brett Lewis, v. Café Club Fais Do Do, et al., Superior Court, State of California  (Los Angeles County), Case No. BC 468234.

**Deposition:**  June 29, 2016.  Terence Wyatt, v. Gary Colbert, et al., USDC Case No. 5:15-cv-586.

**Deposition:**  June 30, 2016.  Sergio Pina v. City of Los Angeles, et al. USDC Case No. 13-CV-04989-FMO-MRW.

**Deposition:**  July 8, 2016.  R.R.R., et al. v. City of Banning, et al., USDC Case No. 5:14-cv-01430-CAS-FFM.

**Deposition:**  July 13, 2016.  Justin L. Palmer, v. City of Santa Monica, el al., Case No.: 2:15-cv-06183-SJO-JC.

**Trial:**  July 14, 2016.  Robert Jackson III, v. County of San Bernardino, et al.  USDC Case No. EDCV 13-01650-JGB (DTBx).

**Trial:**  July 18, 2016.  Edin S. Castellanos, v. State of California, et al., Case No.: 4:15-cv-00272-JSW.

**Deposition:** July 21, 2016.  Arthur Scott, v. City of San Diego, et al.  Superior Court, State of California (San Diego County), 37-2015-00001940 CU-OE-CTL.

**Deposition:** July 28, 2016.  1506.  Gladis Herrera, et al. v. City of Ontario, et al.  Case No. 5:15-cv-01370.

**Deposition:** August 1, 2016.  Estate of Andrea Naharro (Barnard), et al., vs. County of Santa Clara, et al., Case No.: 14-04570.

**Trial:** August 3 & 4, 2016.  Dennis Mitchell Mueller, v. Deputy Manuel Cruz, County of Orange, et al.  USDC Case No. CV 13-01274 CJC (JCGx).

**Deposition:** August 5, 2016.  Sarai Urdez Navarro, et al., v. County of Riverside, et al. USDC Case No. ED CV14-01201 GHK (PLAx).

**Trial:** August 11, 2016.  Daniel L. Kloberdanz, v. Joseph M. Arpaio, et al., USDC Case No.: 2:13-cv-02182-PHX-JWS.

**Deposition:** August 17, 2016.  Catherine Smith, et al., v. County of Butte, et al.  USDC Case No. 2:15-CV-00988 GEB-CMK.

**Deposition:** August 25, 2016.  Joshua Osorio, et al. v. State of California (CHP) et al.  Superior Court State of California (San Diego County) Case No. 37-2013-0072536 CU-CR-CTL

**Deposition:** August 26, 2016.  J.L.D. (Douchet), et al, v. City of Los Angeles, et al.  USDC Case No. CV11-03141 SVW - MAN.

**Trial**: August 29, 2016.  People v. Gabrielle Lemos.  Superior Court, State of California, Sonoma County Case No. SCR-674200.

**Trial:** August 31, 2016.  Justin L. Palmer, v. City of Santa Monica, el al., Case No.: 2:15-cv-06183-SJO-JC.

**Deposition:** September 2, 2016.  Maria Teresa Abrego, et al, v. City of Los Angeles, et al.  Case No. CV15-00039 BRO (JEMx).

**Trial:** September 9, 2016.  1518.  J.L.D. (Douchet), et al, v. City of Los Angeles, et al. Superior Court Case No. CV11-03141 SVW - MAN.

**Trial:** September 15, 2016.  The Estate of Anthony Agustin Banta, et al. v. City of Walnut Creek, et al.  USDC Case No. C13-00342 CRB.

**Deposition:** October 7, 2016.  Teresita Garcia, et al, v. County of Los Angeles, et al.  State of California, Superior Court (Los Angeles County), Case No. BC553204.

**Deposition:** October 17, 2016.  Robert Zambrano, et al, v. Redondo Beach, et al.  State of California, Superior Court (Los Angeles County), Case No. BC566142.

**Deposition:** October 18, 2016.  Nyla Moujaes v. San Francisco Police Department Officer David Wasserman and Sergeant Gary Buckner, Case No.: 3:15-cv-03129 DMR.
Client Attorney:

**Deposition:** October 19, 2016.  Richard Vos, et al, v. City of Newport Beach, et al., Case No.: 8:15-cv-00768-JCG.

**Deposition:** November 1, 2016  Darren Donald Liess, et al. (Darren) v. City of Los Angeles, et al.  Superior Court Case No. BC541691.

**Trial:** November 3, 2016.  1506.  Gladis Herrera, et al. v. City of Ontario, et al.  Case No. 5:15-cv-01370.

**Deposition:** November 7, 2016.  Adolfo Garcia, et al v. William Davidson, et al.  Superior Court (San Diego County) Case N0. 37-2014-00021070 CU-CR-CTL.

**Deposition:** November 15, 2016.  1546.  Keivon Young v. County of San Bernardino, et al.  Case No. 5:15-CV-01102 JGB-SP.

**Trial:** November 17, 2016.  Lance McClain, et al, v. City of Eureka, et al. Case No. 3:15-cv-02070 WHO.

**Deposition:** November 21, 2016.  Mark Covert, v. City of San Diego, et al, USDC Case No.: 15cv2097 AJB (WVG).

**Trial:** November 23, 2016 and November 28, 2016.  Emmanuel Bracy, v. City of Los Angeles, et al.  Case No. C13-09350 (JC).

**Trial:** December 1, 2016.  Keivon Young v. County of San Bernardino, et al.   Case No. 5:15-CV-01102 JGB-SP.

**Trial:** December 2, 2016.  Terence Wyatt, v. Gary Colbert, et al., USDC Case No. 5:15-cv-586.

**Trial:** December 8, 2016.  People v. George Clayton Maurer II.  Superior Court, State of California (Los Angeles County) Case No. 5JB09210.

-24-

**Trial:**  December 9 & 12, 2016.  Darren Donald Liess, et al. (Darren) v. City of Los Angeles, et al.  Superior Court, State of California (Los Angeles County) Case No. BC541691.

**Trial:**  December 16, 2016.  Nyla Moujaes v. San Francisco Police Department Officer David Wasserman and Sergeant Gary Buckner, Case No.: 3:15-cv-03129 DMR.

**Deposition:**  December 21, 2016.  Anthony T. Baker, v. City of Glendale, et al., Case No.: 2:15-cv-02432-DLR.

**Deposition:**  January 3, 2017.  Wilmer Deckard and Nicol Deckard, v. City of Anaheim, et al., Superior Court, State of California (Los Angeles County), Case No 30-2015-00819021 CU-CR-CJC

**Deposition:**  January 4, 2017.  The Estate of Julian Ramirez-Galindo, et al., v. Untied States of America, et al., Case No.: 15-CV-1694 W(NLS).

**Deposition:**  January 5, 2017.  Karen Fusilier, v. County of San Bernardino.  Superior Court, State of California (San Bernardino County), Case No. CIVDS1313206.

**Deposition:**  January 11, 2017.  I.A. and C.S., et al., vs.  City of Emeryville, et al., Case No.: 4:15-cv-04973-DMR.

**Deposition:**  January 13, 2017.  The Estate of Ashley DiPiazza, et al., v. City of Madison, and Justin Bailey, Gary Pihlaja, and Carey Leerek, Case No.: 16cv060.

**Trial:**  January 18, 2017.  Arthur Scott, v. City of San Diego, et al.  Superior Court, State of California, (San Diego County).  Case No. 37-2015-00001940 CU-OE-CTL

**Deposition:**   January 24, 2017.  William Mears, et al., v. City of Los Angeles, Case No.: CV 15-08441 JAK (AJWx).

**Deposition:**   January 27, 2017, Sylvia Perkins, as Personal Representative of the Estate of Bobby Moore, III, Deceased, vs. Joshua Hastings, et al., Case No.: 4:14-CV-310-BSM.

**Deposition**: January 31, 2017.  Ian Medjes v. City of Los Angeles, et al. Case No. CD Cal. 2:14-cv-5377-DDP-RZ.

**Deposition:**  February 3, 2017.  S.R. Nehad (Rawshaneehad), et al v. City of San Diego, et al. Case No. 15-cv-1386-WQH-NLS

**Deposition:**  February 21, 2017.  Osvaldo Ureta, et al. v. County of Los Angeles, et al.  Superior Court, State of California (Los Angeles County), Case No. BC501051.

**Trial:**  February 22, 2017.  Maria Teresa Abrego, et al, v. City of Los Angeles, et al.  Case No. CV15-00039 BRO (JEMx).