UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONNE SMITH-DOWNS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ERIC AZARVAND, et al.,<br><br>Defendants. | No. 2:10-cv-02495-MCE-CKD<br><br><br><br>**ORDER** |

The Court reviewed the Objections by Defendants to its Supplemental Pretrial Scheduling Order and the request to vacate and reset the September 10, 2018, jury trial date is DENIED. See, ECF Nos. 112 and 113.

The Final Pretrial Conference is confirmed for July 26, 2018, at 2:00 p.m. and the Jury Trial is confirmed on September 10, 2018, at 9:00 a.m., both hearings in courtroom 7. The trial is confirmed for fourteen (14) days. It is further ordered all due dates and timelines set forth in the Court's Supplemental Pretrial Scheduling Order are CONFIRMED.

Dated: November 30, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1