**JOHN L. BURRIS ESQ., SBN 69888**
**BENJAMIN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
bnisenbaum@hotmail.com
James.Cook@johnburrislaw.com

Attorneys for Plaintiffs,
DIONNE SMITH-DOWNS and JAMES E. RIVERA, SR.

MAYALL, HURLEY, P.C.
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091
DERICK KONZ, ESQ.
CA State Bar No. 286902
Attorneys for Defendant,
JOHN NESBITT

BRUCE KILDAY, Esq. SBN 066415
ANGELO, KILDAY & KILDUFF, LLP
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Facsimile: (916) 564-6263

Attorneys for Defendants
Officer ERIC AZARVAND and Officer
GREGORY DUNN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONNE SMITH-DOWNS and JAMES E. RIVERA, SR., both individually and as Successors-in-Interest to the Estate of JAMES E. RIVERA, JR.,<br><br>                    Plaintiffs,<br>vs.<br><br>Police Officer ERIC AZARVAND; Police Officer GREGORY DUNN; Deputy Sheriff JOHN NESBITT, | **Case No:** 2:10-cv-2495-CKD<br><br>**NOTICE OF DISMISSAL OF DEFENDANT JOHN NESBITT**<br><br>Judge: Hon. Magistrate Carolyn K. Delaney |

Defendants.

PURSUANT TO THE performance of the settlement agreement between only Defendant JOHN NESBITT and the County of San Joaquin, and Plaintiffs, the parties hereby stipulate to the dismissal of Defendant JOHN NESBITT from the instant action within prejudice pursuant to FRCP 41(a)(1), all sides to bear their own fees and costs.

The action regarding Defendants AZARVAND and DUNN shall continue unaffected by the instant dismissal of Defendant NESBITT.

DATED: May 14, 2019            ANGELO, KILDAY & KILDUFF, LLP

                               By: /s/_____
                               Bruce Kilday, Esq.

                               Attorneys for Defendants,
                               OFFICER ERIC AZARVAND and
                               OFFICER GREGORY DUNN


DATED: May 14, 2019            LAW OFFICES OF JOHN L. BURRIS

                               /s/ *Ben Nisenbaum*
                               James Cook
                               Ben Nisenbaum
                               Attorneys for Plaintiff
                               Law Offices of John Burris


DATED: May 14, 2019            MAYALL, HURLEY P.C.

                               By: /s/_____
                               Mark Berry, Esq.

                               Attorneys for Defendants,
                               Deputy JOHN NESBITT

**ORDER**

PURSUANT to stipulation, Defendant Deputy JOHN NESBITT is hereby dismissed from the instant-action with prejudice, all sides to bear their own fees and costs. The remaining claims against Defendants AZARVAND and DUNN shall continue, unaffected by the instant dismissal of Defendant NESBITT.

IT IS SO ORDERED.

Dated: May 14, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE