

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE CAROLYN K. DELANEY

FILED
NOV 1 2 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

| | |
|---|---|
| DIONNE SMITH-DOWNS, et al, <br><br>　　Plaintiff, <br><br>v. <br><br>ERIC AZARVAND, et al., <br><br>　　Defendant. <br>_____/ <br><br>DATE: 11/12/19 <br>TIME: 9:25/a | No. 2:10-cv-2495-CKD <br><br>JURY NOTE <br><br><br>FOR COURT USE ONLY <br>DATE: _____ <br>TIME: _____ |

The jury has reached a unanimous verdict:      YES ____   NO ✗

The jury has the following question(s) and/or following request(s):

> BASED ON FINAL INSTRUCTION NO. 13. WE ARE
> CONFUSED WHETHER, OR NOT, WE CAN JUDGE
> ONE DEFENDANT USED EXCESSIVE FORCE AND ONE
> DEFENDANT DIDN'T USE EXCESSIVE FORCE
>
> 9:42 am: The instructions should be read as
> a whole, including Preliminary Instruction
> No. 4.
>         Judge Delaney

Juror/Foreperson Name