


FILED
NOV 1 2 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE CAROLYN K. DELANEY

DIONNE SMITH-DOWNS, et al,

    Plaintiff,

v.

ERIC AZARVAND, et al.,

    Defendant.

_____/

No. 2:10-cv-2495-CKD

JURY NOTE #4

DATE: 11/12/19
TIME: 11:15/A

| FOR COURT USE ONLY |
|---|
| DATE: _____ |
| TIME: _____ |

The jury has reached a unanimous verdict:    YES ____    NO X

The jury has the following question(s) and/or following request(s):

WE ARE DEADLOCKED ON QUESTIONS 1 & 2 OF VERDICT FORM

[signature redacted]

Juror/Foreperson Name