UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE CAROLYN K. DELANEY



FILED
NOV 12 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| DIONNE SMITH-DOWNS, et al,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC AZARVAND, et al.,<br><br>    Defendant.<br>_____/ | No. 2:10-cv-2495-CKD<br><br>JURY NOTE #5 |

DATE: 11/12/19
TIME: 1145/A

| FOR COURT USE ONLY |
|---|
| DATE: _____ |
| TIME: _____ |

The jury has reached a unanimous verdict:     YES ____    NO  X

The jury has the following question(s) and/or following request(s):

WE HAVE DECIDED THAT THERE IS NO REASON TO REHEAR TESTIMONY.

Juror/Foreperson Name