**FILED**

NOV 1 2 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONNE SMITH-DOWNS and JAMES E. RIVERA, SR., both individually and as Successors-in-Interest to the Estate of JAMES RIVERA, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>ERIC AZARVAND and GREGORY DUNN,<br><br>Defendants. | No. 2:10-cv-02495-CKD<br><br>VERDICT FORM |

1

1 | WE, THE JURY in the above-entitled action, unanimously find as follows on the questions
2 | submitted to us:
3 |
4 | **QUESTION 1:** Did Officer Eric Azarvand use excessive force against James Rivera, Jr?
5 |            YES _____   NO _____
6 | *Please proceed to the next question.*
7 | **QUESTION 2:** Did Officer Gregory Dunn use excessive force against James Rivera, Jr?
8 |            YES _____   NO _____
9 | *If you answered "yes" to either Question 1 or Question 2, proceed to Question 3. If you*
10 | *answered "no" to both Question 1 and Question 2, please do not answer any remaining*
11 | *questions, and sign and date the verdict form.*
12 | **QUESTION 3:** Did James Rivera, Jr. pose an immediate threat of death or serious bodily injury
13 | to Officer Dunn at the time of the shooting?
14 |            YES _____   NO _____
15 | *Please proceed to the next question.*
16 | **QUESTION 4:** Did James Rivera, Jr. pose an immediate threat of death or serious bodily injury
17 | to Officer Avarvand at the time of the shooting?
18 |            YES _____   NO _____
19 | *Please proceed to the next question.*
20 | **QUESTION 5:** Was Officer Eric Azarvand's use of excessive force a cause of James Rivera,
21 | Jr.'s injury, damage, harm, or death?
22 |            YES _____   NO _____
23 | *Please proceed to the next question.*
24 | **QUESTION 6:** Was Officer Gregory Dunn's use of excessive force a cause of James Rivera,
25 | Jr.'s injury, damage, harm, or death?
26 |            YES _____   NO _____
27 | *Please proceed to the next question.*
28 | ///

**QUESTION 7:** Do you find the existence of a familial relationship between Dionne Smith-Downs and James Rivera, Jr.?

        YES _____      NO _____

*If you answered "yes" to Question 7 please proceed to the next question. If you answered "no" please proceed to Question 10.*

**QUESTION 8:** Did Officer Eric Azarvand interfere with Dionne Smith-Downs' right to a familial relationship with James Rivera, Jr. in violation of the 14th Amendment?

        YES _____      NO _____

*Please proceed to the next question.*

**QUESTION 9:** Did Officer Gregory Dunn interfere with Dionne Smith-Downs' right to a familial relationship with James Rivera, Jr. in violation of the 14th Amendment?

        YES _____      NO _____

*Please proceed to the next question.*

**QUESTION 10:** Do you find the existence of a familial relationship between James Rivera, Sr. and James Rivera, Jr.?

        YES _____      NO _____

*If you answered "yes" to Question 10 please proceed to the next question. If you answered "no" please sign, date, and return the form.*

**QUESTION 11:** Did Officer Eric Azarvand interfere with James Rivera Sr.'s right to a familial relationship with James Rivera, Jr. in violation of the 14th Amendment?

        YES _____      NO _____

*Please proceed to the next question.*

**QUESTION 12:** Did Officer Gregory Dunn interfere with James Rivera Sr.'s right to a familial relationship with James Rivera, Jr. in violation of the 14th Amendment?

        YES _____      NO _____

*Please sign, date, and return this form.*

///

DATED this \_\_\_\_ day of November 2019.

_____

Presiding Juror