BRUCE A. KILDAY, ESQ., SB No. 066415
   Email: bkilday@akk-law.com
DERICK E. KONZ, ESQ., SB No. 286902
   Email: dkonz@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants OFFICER ERIC AZARVAND and OFFICER GREGORY DUNN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONNE SMITH-DOWNS, et al., | Case No.: 2:10-cv-02495 MCE-CKD |
| Plaintiff, | **NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT** |
| vs. | |
| POLICE OFFICER ERIC AZARVAND; POLICE OFFICER GREGORY DUNN | **DATE:  12/6/19**<br>**TIME:  10:00 a.m.**<br>**Courtroom: 25** |
| Defendants. | **Hon. Kendall J. Newman** |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

    PLEASE TAKE NOTICE that on December 4, 2019, Defendants ERIC AZARVAND and GREGORY DUNN submitted their Confidential Settlement Conference Statement via email to Magistrate Kendall J. Newman, pursuant to Local Rule 270(d) and (e).

Dated:  December 4, 2019        ANGELO, KILDAY & KILDUFF, LLP

                                    */s/ Bruce A. Kilday*
                            By:_____
                                BRUCE A. KILDAY
                                DERICK E. KONZ
                                Attorneys for Defendants
                                OFFICER ERIC AZARVAND and
                                OFFICER GREGORY DUNN