1  BRUCE A. KILDAY, ESQ., SB No. 066415
     Email:  bkilday@akk-law.com
2  DERICK E. KONZ, ESQ., SB No. 286902
     Email:  dkonz@akk-law.com
3
**ANGELO, KILDAY & KILDUFF, LLP**
4  Attorneys at Law
   601 University Avenue, Suite 150
5  Sacramento, CA  95825
   Telephone:  (916) 564-6100
6  Telecopier:  (916) 564-6263

7
   Attorneys for Defendants OFFICER ERIC AZARVAND and OFFICER GREGORY DUNN
8

9  JOHN L. BURRIS, ESQ., SB No. 69888
     Email:  john.burris@johnburrislaw.com
10 BENJAMIN NISENBAUM, SB No. 222173
     Email:  bnisenbaum@hotmail.com
11 **LAW OFFICES OF JOHN BURRIS**
   7677 Oakport St., Suite 1120
12 Oakland, CA  94621
   Phone: (510) 839-5200
13 Fax: (510) 839-3882

14
   Attorneys for Plaintiff DIONNE SMITH-DOWNS and JAMES RIVERA, SR.
15

16                     **UNITED STATES DISTRICT COURT**

17                     **EASTERN DISTRICT OF CALIFORNIA**

18

19 DIONNE SMITH-DOWNS, et al.,           ) Case No.: 2:10-cv-02495 CKD
                                          )
20                 Plaintiff,             ) **STIPULATION FOR DISMISSAL OF**
                                          ) **ENTIRE ACTION WITH PREJUDICE**
21           vs.                          ) **AND ORDER**
                                          )
22 POLICE OFFICER ERIC AZARVAND;          )
23 POLICE OFFICER GREGORY DUNN            )
                                          )
24                 Defendants.            )
25 _____ )

26     IT IS HEREBY STIPULATED and agreed by and between Plaintiffs DIONNE SMITH-

27 DOWNS and JAMES RIVERA, SR. by and through their attorneys of record, that this action be

28 dismissed in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a).

---
-1-
STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER

IT IS FURTHER STIPULATED that each party is to bear their own fees and costs, including all attorneys' fees.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: February 28, 2020                ANGELO, KILDAY & KILDUFF, LLP

                                        */s/ Bruce A. Kilday*
                                        By:_____
                                            BRUCE A. KILDAY
                                            DERICK E. KONZ
                                            Attorneys for Defendants
                                            OFFICER ERIC AZARVAND and
                                            OFFICER GREGORY DUNN


Dated: February 28, 2020                LAW OFFICES OF JOHN BURRIS

                                        */s/ Ben Nisenbaum (as authorized on 2/28/20)*

                                        By:_____
                                            BEN NISENBAUM
                                            Attorneys for Plaintiffs


## [PROPOSED] ORDER

**IT IS SO ORDERED.**

Date: _____        _____
                                   CAROLYN K. DELANEY
                                   UNITED STATES MAGISTRATE JUDGE