| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DIONNE SMITH-DOWNS, et al., | ) | Case No.: 2:10-cv-02495 CKD |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR DISMISSAL OF** |
| | ) | **ENTIRE ACTION WITH PREJUDICE** |
| vs. | ) | **AND ORDER** |
| | ) | |
| POLICE OFFICER ERIC AZARVAND; | ) | |
| POLICE OFFICER GREGORY DUNN | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    IT IS HEREBY STIPULATED and agreed by and between Plaintiffs DIONNE SMITH-DOWNS and JAMES RIVERA, SR. by and through their attorneys of record, that this action be dismissed in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a).

    IT IS FURTHER STIPULATED that each party is to bear their own fees and costs, including all attorneys' fees.

    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: March 3, 2020　　　　　　　　　　ANGELO, KILDAY & KILDUFF, LLP

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Bruce A. Kilday*
　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　BRUCE A. KILDAY
　　　　　　　　　　　　　　　　　　　　　DERICK E. KONZ
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　OFFICER ERIC AZARVAND and
　　　　　　　　　　　　　　　　　　　　　OFFICER GREGORY DUNN


Dated: March 3, 2020　　　　　　　　　　LAW OFFICES OF JOHN BURRIS

　　　　　　　　　　　　　　　　　　　　　　*/s/ Ben Nisenbaum (as authorized on 2/28/20)*

　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　BEN NISENBAUM
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs


## ORDER

**IT IS SO ORDERED.**

Dated: March 3, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

16.2495